ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 15 2007
JEANNE G. QUINATA
Clerk of Court

tenorio.Indictmt

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**INDICTMENT**<br><br>**BANKRUPTCY FRAUD**<br>[18 U.S.C. §§152(1) and 2]<br>(Counts 1-4) |

THE GRAND JURY CHARGES:

### Introduction

At all times material to this Indictment:

1. A primary purpose of the bankruptcy system was to provide a means for fairly apportioning the property of a debtor who, for whatever reason, had become unable to pay his creditors in a timely fashion.

2. A bankruptcy case began with the filing of a "petition." Creditors were those persons or companies that had a claim or a right to payment from the debtor that arose at the time of or before the bankruptcy court issued its order for relief concerning the debtor.

1

3. Bankruptcy cases fell into different categories, called Chapters. A Chapter 7 case was also known as liquidation. In a Chapter 7 case, a trustee was appointed to collect the debtor's property, convert it to cash, and distribute the cash to creditors. A Chapter 11 case involved the restructuring of debt owed by the petitioning company with a view to its repayment.

4. When a bankruptcy petition was filed, it created what was known as an estate. The estate of a debtor meant all rights, title, share, or interests in property owned by the debtor at the time a bankruptcy petition was filed. In a Chapter 7 case, the trustee controlled the property of the estate. In a Chapter 11 case the debtor was allowed to maintain custody and control of the property of the estate.

5. In a Chapter 7 the debtor was also required to cooperate with the trustee as necessary to enable the trustee to perform his duties. Such cooperation included a duty of good faith throughout the bankruptcy action. In both a Chapter 7 and Chapter 11 case, the debtor was required to truthfully and fully account for his estate so that creditors could benefit either through liquidation of assets or or restructuring of debt. The debtor was also required to disclose the existence of assets even if their status in bankruptcy was uncertain. It was the Bankruptcy Court that made the final determination as to whether property was an asset of the estate. The debtor could not preempt the court's determination by failing to report or concealing an asset.

6. The principal benefit to a Chapter 7 debtor was the receipt of a Discharge which prohibits unsecured creditors from taking further action against the debtor for debts incurred before the bankruptcy petition was filed.

7. JUAN C. TENORIO was an engineer practicing on Guam and the CNMI and a director and the principal shareholder of Juan C. Tenorio, & Associates, Inc.

8. CHARLENE F. TENORIO was the wife of JUAN C. TENORIO and a shareholder and director of Juan C. Tenorio & Associates, Inc.

9. RITA TENORIO was the mother of JUAN C. TENORIO.

10. On or about October 25, 1983, defendant JUAN C. TENORIO incorporated Juan C. Tenorio & Associates, Inc. on Guam whose business was providing engineering and architectural services.

11. On or about August 25, 1999, Juan C. Tenorio & Associates, Inc. filed a petition under Chapter 11 of the Bankruptcy Code, Title 11, United States Code, Section 101 et seq., in the United States Bankruptcy Court in the District of Guam. The matter was captioned In Re Juan C. Tenorio & Associates, Inc, Case No. 99-00084. Subsequently on or about December 6, 1999 the case was converted to a Chapter 7 liquidation.

12. On or about December 8, 1999, the Bankruptcy Court appointed Robert J. Steffy, Sr. as Trustee of the Estate of Juan C. Tenorio & Associates, Inc. in the bankruptcy proceeding, Case No. 99-00084.

13. On or about March 20, 2002, JUAN C. TENORIO and CHARLENE F. TENORIO filed a petition under Chapter 7 of the Bankruptcy Code, Title 11, United States Code, Section 101 et seq., in the United States Bankruptcy Court in the District of Guam. The matter was captioned In Re JUAN CRUZ TENORIO and CHARLENE FRANCES TENORIO, Case Number 02-00096.

14. On or about March 22, 2002, the Bankruptcy Court appointed Robert J. Steffy, Sr. as Trustee of the estate of JUAN C. TENORIO and CHARLENE F. TENORIO in the Chapter 7 bankruptcy proceeding, Case No. 02-00096.

## COUNT I - BANKRUPTCY FRAUD

15. Paragraphs 1 - 14 of the Introduction to this Indictment are hereby realleged and incorporated as if fully set forth herein.

16. From on or about August 25, 1999 to at least August 23, 2002 in the District of Guam, JUAN C. TENORIO did knowingly and fraudulently conceal from the trustee charged with the control and custody of property and creditors of the debtor in a bankruptcy proceeding under Title 11, United States Code, entitled In Re Juan C. Tenorio & Associates, Inc., Case Number 99-00084, in the United States Bankruptcy Court in the District of Guam, property belonging to the estate of the debtors, Juan C. Tenorio & Associates, Inc. to-wit: accounts receivable of approximately $199,817.05 from a contract by and between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding

//

3

architectural, engineering and landscaping services provided by Juan C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel.

All in violation of Title 18, United States Code, Sections 152(1) and 2.

### COUNT II - BANKRUPTCY FRAUD

17. Paragraphs 1 - 14 of the Introduction to this Indictment are hereby realleged and incorporated as if fully set forth herein.

18. From on or about March 20, 2002 to at least April 15, 2004 in the District of Guam, JUAN C. TENORIO and CHARLENE F. TENORIO, aided and abetted each by the other, did knowingly and fraudulently conceal from the trustee charged with the control and custody of property and creditors of the debtor in a bankruptcy proceeding under Title 11, United States Code, entitled In Re JUAN CRUZ TENORIO AND CHARLENE FRANCES TENORIO, Case Number 02-00096, in the United States Bankruptcy Court in the District of Guam, property belonging to the estate of the debtors, JUAN C. TENORIO and FRANCES C. TENORIO, to-wit: accounts receivable of approximately $74,817.05 from a contract by and between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering and landscaping services provided by Juan C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel.

All in violation of Title 18, United States Code, Sections 152(1) and 2.

### COUNT III - BANKRUPTCY FRAUD

19. Paragraphs 1 - 14 of the Introduction to this Indictment are hereby realleged and incorporated as if fully set forth herein.

20. From on or about March 20, 2002 to at least April 15, 2004 in the District of Guam, JUAN C. TENORIO and CHARLENE F. TENORIO, aided and abetted each by the other, did knowingly and fraudulently conceal from the trustee charged with the control and custody of property and creditors of the debtor in a bankruptcy proceeding under Title 11, United States Code, entitled In Re JUAN CRUZ TENORIO and CHARLENE FRANCES TENORIO, Case

4

Number 02-00096, in the United States Bankruptcy Court in the District of Guam, property belonging to the estate of the debtors, JUAN C. TENORIO and CHARLENE F. TENORIO, that is, interests in Knights of Columbus insurance policies, to-wit:

| Policy No. | Insured | Owner |
|---|---|---|
| H64940 | Juan Tenorio | Juan Tenorio |
| P39817 | Juan Tenorio | Juan Tenorio |
| J57033 | Charlene Tenorio | Charlene Tenorio |

All in violation of Title 18, United States Code, Sections 152(1) and 2.

## COUNT IV - BANKRUPTCY FRAUD

21. Paragraphs 1-14 of the Introduction to this Indictment are hereby realleged and incorporated as if fully set forth herein.

22. From on or about March 20, 2002 to at least April 15, 2004 in the District of Guam, JUAN C. TENORIO and CHARLENE F. TENORIO, aided and abetted each by the other, did knowingly and fraudulently conceal from the trustee charged with the control and custody of property and creditors of the debtor in a bankruptcy proceeding under Title 11, United States Code, entitled In Re JUAN CRUZ TENORIO and CHARLENE FRANCES. TENORIO, Case Number 02-00096, in the United States Bankruptcy Court in the District of Guam, property belonging to the estate of the debtors, JUAN C. TENORIO and CHARLENE F. TENORIO, to-wit:

//
//
//
//
//
//
//
//
//
//

5

LOT NUMBER 209-R01-3, TRACT NUMBER 22197, ROTA, MP, containing an area of approximately 2,000 square meters, under which the basic lot is shown as Lot Number 209 R 01, located in Gaganin Hulo, Rota Municipality, Commonwealth of the Northern Mariana Islands, on the Drawing/Cadastral Plat Number 209 R 00, the original of which was registered with the Commonwealth Recorder's Office under File Number 89-3204, on September 25, 1989.

All in violation of Title 18, United States Code, Sections 152(1) and 2.

Dated this 15 day of August, 2007.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                                                                          **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____                  **Related Case Information:**

Country/Parish ___N/A___                Superseding Indictment _____ Docket Number __07-00078__
                                        Same Defendant _____         New Defendant ___X___
                                        Search Warrant Case Number _____
                                        R 20/ R 40 from District of _____

**Defendant Information:**

      Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes __X__ No

Defendant Name        ___Juan C. Tenorio ._____

Allisas Name          _____

Address               _____

                         _____

**RECEIVED AUG 15 2007**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date __XX/XX/1937__ SS# __XXX-XX-1472__ Sex __M__ Race __PI__ Nationality __US__

**U.S. Attorney Information:**

AUSA ___Jeffrey J. Strand___

**Interpreter:** __X__ No ___Yes          List language and/or dialect: __N/A__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___3___    ____ Petty    ____ Misdemeanor    __X__ Felony

|       | **Index Key/Code**              | **Description of Offense Charged** | **Count(s)** |
|-------|---------------------------------|------------------------------------|--------------|
| Set   | 1 18 U.S.C. §§ 152(1) and (2)   | BANKRUPTCY FRAUD                   | 1-4          |
| Set   | 2                               |                                    |              |
| Set   | 3                               |                                    |              |
| Set   | 4                               |                                    |              |

(Continued on reverse)

Date: __8/15/07__         Signature of AUSA: _____[signature]_____

# Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish ____N/A____

**Related Case Information:**

Superseding Indictment _____ Docket Number **07-00078**

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No _X_    Matter to be sealed: ____ Yes _X_ No

Defendant Name ____Charlene F. Tenorio____

Allisas Name _____

Address _____

**RECEIVED AUG 15 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

Birth date _XX/XX/1939_ SS# _XXX-XX-7740_ Sex _F_ Race _PI_ Nationality _US_

**U.S. Attorney Information:**

AUSA __Jeffrey J. Strand__

**Interpreter:** _X_ No ___Yes    List language and/or dialect: _N/A_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__    ____ Petty ____ Misdemeanor _X_ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _18 U.S.C. §§ 152(1) and (2)_ | BANKRUPTCY FRAUD | 2-4 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: _8/15/07_    Signature of AUSA: _[signature]_