IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE INITIAL APPEARANCE and ARRAIGNMENT HEARING** |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

COMES NOW, the United States Probation Officer and respectfully requests the Honorable Court for an Order to continue the Initial Appearance and Arraignment Hearing set for August 20, 2007 at 9:15 a.m. The request for continuance will enable the United States Probation Officer to complete the pretrial services interview and bail report of the two defendants prior to the hearing. The United States Probation Officer has been informed by defendant Juan C. Tenorio's attorney that his client is currently on Saipan island and will not return to Guam until Sunday, August 19, 2007.

Respectfully submitted this ___17th___ day of August 2007.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U.S. Probation Officer

By: 
/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist