(CCC)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney at law



**FILED**
DISTRICT COURT OF GUAM

AUG 1 7 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

------------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-00078 |
| Plaintiff, ) | APPEARANCE |
| vs. ) | |
| JUAN C. TENORIO and ) | |
| CHARLENE F. TENORIO, ) | |
| Defendants. ) | |

------------

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel for defendants.

    Dated at Hagåtña, Guam, this 17th day of August, 2007.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney at law

(DOCUMENT\APPEAR.JTenorio)

ORIGINAL

# DECLARATION OF SERVICE

I, Charlene C. Cruz, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendants herein, and that I served the document to which this declaration is annexed on Jeffrey J. Strand, Esq., First Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, Mr. Strand's last known address, with a person in charge thereof, on August 17, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2007, at Hagåtña, Guam.

_____
CHARLENE C. CRUZ