ROSSANNA VILLAGOMEZ-AGUON
Acting Chief Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00078 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE** |
| vs. ) | **INITIAL APPEARANCE and** |
| ) | **ARRAIGNMENT HEARING** |
| JUAN C. TENORIO and ) | |
| CHARLENE F. TENORIO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

      Based on the United States Probation Officer's request to continue Initial Appearance and Arraignment hearing, **IT IS SO ORDERED** that the hearing currently scheduled for August 20, 2007 at 9:15 am is hereby rescheduled to August 22, 2007 at 9:15 am.

      SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**
**Dated: Aug 17, 2007**