AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

JUAN C. TENORIO

Case Number:    CR-07-00078-001

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| Before:    Honorable Joaquin V. E Manibusan, Jr. | Date and Time<br>**Monday, August 20, 2007 at 9:15 a.m.** |

To answer a(n)
- [X] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **152(1) and (2)**

Brief description of offense:

**COUNTS 1 thru 4 - Bankruptcy Fraud**

RECEIVED
AUG 1 2007
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
AUG 20 2007
JEANNE G. QUINATA
Clerk of Court

__MARILYN B. ALCON, Deputy Clerk__
Name and Title of Issuing Officer

_/s/ Marilyn B. Alcon_
Signature of Issuing Officer

__August 15, 2007__
Date

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE ||
|---|---|
| Service was made by me on:[1] | Date 8/16/2007 |
| Check one box below to indicate appropriate method of service ||

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

ATTN. Howard Trapp Office

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  8/20/2007
               Date

J. _____
Name of United States Marshal

V ____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.