(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000



FILED
DISTRICT COURT OF GUAM

SEP 20 2007

JEANNE G. QUINATA
Clerk of Court

Attorney for Defendants

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00078 |
| Plaintiff, | REQUEST FOR HEARING |
| vs. | |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | |
| Defendants. | |

Defendant Juan C. Tenorio respectfully requests that the Court schedule a hearing on the Motion by Defendant Juan C. Tenorio to Dismiss Count I of the

ORIGINAL

(REQEST FOR HEARING)
Criminal Case No. 07-00078

Indictment served and filed herewith.

    Dated, Hagåtña, Guam,

        September 20, 2007.

                                        */s/ Howard Trapp*
                                        HOWARD TRAPP
                                        For HOWARD TRAPP INCORPORATED
(DOCS/MTNS/Hrg.DisIndict.JCTaitano)     Attorney for Defendants

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendants herein, and that on September 20, 2007, I served the document to which this declaration is annexed on Jeffrey J. Strand, Esq., First Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2007, at Hagåtña, Guam.

REINA Y. URBIEN