ORIGINAL

1  Tenorio_Mot_Notice.wpd

2  LEONARDO M. RAPADAS
   United States Attorney
3  JEFFREY J. STRAND
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

SEP 2 4 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>                    Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**NOTICE OF MOTION FOR**<br>**FED. R. CRIM. P. 44(c) INQUIRY**<br>**ABOUT THE PROPRIETY OF**<br>**JOINT REPRESENTATION** |

PLEASE TAKE NOTICE that the United States' Motion for Fed. R. Crim. P. 44(c) Inquiry About the Propriety of Joint Representation, in the above captioned and styled matter, will be heard on __OCT 1 2 2007__, 2007 at the hour of _10:30_ _A_.m., in the Courtroom of the Honorable __Joaquin V.E. Manibusan, Jr.__, _Magistrate_ Judge, District Court of Guam, in the United States Courthouse, _3rd_ Floor, 520 West Soledad Ave., Hagatna, Guam.

Dated this _24th_ day of _September_, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Jeffrey J. Strand_
JEFFREY J. STRAND
First Assistant U.S. Attorney