AO 83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**JUAN C. TENORIO**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00078-001<br><br>RECEIVED<br>SEP 26 2007<br>US MARSHALS SERVICE-GUAM |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Before:    HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Room<br>302<br><br>Date and Time<br>~~Friday, September 28, 2007 at 8:30 a.m.~~ October 2, 2007 at 1:30 PM |
|---|---|

To answer a(n)
- [X] Superseding Indictment
- [ ] Information
- [ ] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice

Charging you with a violation of Title    18    United States Code, Section(s)    152(1) and (2)

Brief description of offense:

Bankruptcy Fraud

RECEIVED
SEP 28 2007
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2007
**JEANNE G. QUINATA**
Clerk of Court

ORIGINAL

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

September 26, 2007
Date

## RETURN OF SERVICE

Service was made by me on:[1]     Date   9/28/2007

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9/28/2007
          Date

J. A. [signature]
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.