**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00078　　　　　　　　　　　　DATE: October 02, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　　Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Walter M. Tenorio　　　　Electronically Recorded: 1:39:10 - 1:43:03
CSO: N. Edrosa

**APPEARANCES:**

| Defendant: | Juan C. Tenorio and Charlene F. Tenorio | Attorney: | Howard Trapp |
|---|---|---|---|
| Present | Custody　Bond　P.R. | Present | Retained　FPD　CJA |

U.S. Attorney: Jeffrey Strand　　　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**

- Both defendants waived reading of the Superseding Indictment.
- Plea entered: Not guilty
- Mr. Trapp's oral motion to move the trial date by one day was granted.
- Trial set for: October 17, 2007 at 9:30 a.m.
- Defendants released as previously ordered by this Court.

NOTES: