HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000
Attorney for Defendants



FILED
DISTRICT COURT OF GUAM

OCT - 9 2007

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 07-00078 |
| Plaintiff, | ( ) | PROPOSED VERDICT FORMS |
| vs. | ( ) | |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ( ) ( ) | |
| Defendants. | ( ) | |

Defendants respectfully propose the verdict forms hereto annexed.

Dated, Hagåtña, Guam,

October 9, 2007.

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendants

(DOCUMENTS/VerdictForms.JCTenorio)

**ORIGINAL**

# DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 07-00078 |
| Plaintiff, | ( ) | <u>V E R D I C T</u> |
| vs. | ( ) | |
| JUAN C. TENORIO, | ( ) | |
| Defendant. | ( | |

------------

We, the jury in the above entitled case, unanimously find defendant

JUAN C. TENORIO

☐ NOT GUILTY

☐ GUILTY

of the offense of unlawful concealment of assets in connection with a bankruptcy case, as charged in the indictment.

Dated: _____ .

_____
FOREPERSON

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00078 |
| | ) | |
| Plaintiff, | ( | <u>V E R D I C T</u> |
| | ) | |
| vs. | ( | |
| | ) | |
| CHARLENE F. TENORIO, | ( | |
| | ) | |
| Defendant. | ( | |

------------

We, the jury in the above entitled case, unanimously find defendant

**CHARLENE F. TENORIO**

☐ NOT GUILTY

☐ GUILTY

of the offense of unlawful concealment of assets in connection with a bankruptcy case, as charged in the indictment.

Dated: _____.

_____
**FOREPERSON**

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendants herein, and that on October 9, 2007, I served the document to which this declaration is annexed on Jeffrey J. Strand, Esq., First Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, his last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2007, at Hagåtña, Guam.

REINA Y. URBIEN