LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 10 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| JUAN C. TENORIO and ) CHARLENE F. TENORIO, ) | |
| Defendants. ) | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, beginning September 17, 2007.

RESPECTFULLY SUBMITTED this 10th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney