LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 10 2007

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00078 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNITED STATES' WITNESS LIST** |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) |
| Defendant. | ) |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 10th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

## WITNESS LIST

George M. Butler
Law Offices of Butler & Telford-Butler
Hagatna, GU

Vincent Calvo
Calvo Enterprises
Songsong, Rota, CNMI

Richard Carrol
Nights of Columbus
New Haven, CT

Raymond Chan
Tinan Dynasty Hotel & Casino
Tinian, CNMI

Curtis Ching
Office of the U.S. Trustee
Honolulu, HI

Tai Lee
Special Agent, Internal Revenue Service
Hagatna, GU

Robert Steffy
Certified Public Accountant
Hagatna, GU

Merced M. Tomokane
Bank of Guam Representative
Saipan, MP

Buenalyn Velesrubio
LBC
Dededo, GU

Alfred Yue
Tinian Dynasty Hotel & Casino
Tinian, CNMI

-i-