LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 10 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN C. TENORIO and<br>CHARLENE F. TENORIO,<br><br>Defendants. | CRIMINAL CASE NO. 07-00078<br><br>**UNITED STATES'**<br>**EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this __10th__ day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1 | Individual Bankruptcy Petition (Bates # 008-201) | | |
| 2 | Corporate Bankruptcy Petition (Bates # 224-384) | | |
| 3 | BOG Account Statements XXXXX3052 (Bates # 4470-490) | | |
| 4 | BOG Deposit Agreement & Signature Card, Account # XXXXX5479 (Bates # 805-806) | | |
| 5 | BOG Account # XXXXX5479 Statements and Deposit Items (Bates # 595-636, 807-808) | | |
| 6 | BOG Account # XXXXXX5886 Statements (Bates # 637-664) | | |
| 7 | BOG Promissory Note dtd 1/12/99 (Bates # 541-544) | | |
| 8 | BOG Loan Payment Records (Bates # 521-540, 545-592, 777-804) | | |
| 9 | BOG Personal Financial Statement (Bates # 724-745) | | |
| 10 | BOG Personal Financial Statement dtd 6/30/02 (Bates # 746, 748) | | |
| 11 | BOG Personal Financial Statement dtd 9/28/01 (Bates # 749-752) | | |
| 12 | BOG Account Statement and Deposit Items (Bates # 202-205, 690, 822-823) | | |
| 13 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract dtd 3/25/96 (Bates # 385-395) | | |
| 14 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract Amendment dtd 11/19/96 (Bates # 396-398) | | |
| 15 | Hong Kong Entertainment (Overseas) Investments Ltd. Consulting Services Amendment dtd 8/7/97 (Bates # 491-492) | | |
| 16 | Juan C. Tenorio & Associates, Inc. Request for Payment dtd 4/15/99 (Bates # 493) | | |
| 17 | Tinian Dynasty Letter dtd 2/24/00, re: Payment for Balance of Contract (Bates # 498) | | |
| 18 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/4/01 (Bates # 499) | | |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 19 | Tinian Dynasty Hotel & Casino Account Reconciliation dtd 1/31/00 (Bates # 495) | | |
| 20 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/29/01 (Bates # 494) | | |
| 21 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 3/15/02 (Bates # 497) | | |
| 22 | Tinian Dynasty Hotel & Casino Schedule of Payment dtd 8/31/02 (Bates # 496) | | |
| 23 | Tinian Dynasty Hotel & Casino Negotiated Checks (Bates # 665-689, 691-705) and Wire Transfer Receipts from Dao Heng Bank Ltd. (Bates # 405, 407, 409, 411, 413, 415, 417, 419, 421, 423, 425, 427, 429, 431, 433, 435, 437, 439, 441, 443, 445) | | |
| 24 | Tinian Dynasty Hotel & Casino Account Reconciliation dtd 7/16/97 (Bates # 399) | | |
| 25 | Charlene Tenorio Facsimile to Knights of Columbus dtd 5/18/01 (Bates # 215) | | |
| 26 | Knights of Columbus Letters re: Policy No. XX4940, XX9817, and XX7033, dtd 5/24/01 (Bates # 217-220) | | |
| 27 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates # 001-003, 007) | | |
| 28 | Promissory Note executed by Juan Cruz Tenorio in favor of Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates # 006) | | |
| 29 | Check Payments to Vincent Calvo by Juan C. Tenorio (Bates # 814-821) | | |
| 30 | One (1) Audio Cassette [341 (a) Meeting of 4/16/02] | | |
| 30a | Transcript of 341 (a) Meeting of 4/16/02 | | |
| 31 | One (1) Audio Cassette [341 (a) Meeting of 1/25/00] | | |
| 31a | Transcript of 341 (a) Meeting of 1/25/00 | | |
| 32 | Summary Chart re: Payments from Tinian Dynasty Hotel & Casino (Bates # 812-813) | | |