ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 10 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES'** |
| | ) | **[PROPOSED]** |
| | ) | **VERDICT FORM** |
| JUAN C. TENORIO and | ) | |
| CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict form for purposes of this trial.

Respectfully submitted this _9th_ day of October, 2007.

                      LEONARDO M. RAPADAS
                      United States Attorney
                      Districts of Guam and NMI

By: _____
        JEFFREY J. STRAND
        First Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **VERDICT FORM** |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

## BANKRUPTCY FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, JUAN C. TENORIO: Violation of Title 18, United States Code, Section 152(1):

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____
FOREPERSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00078 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **VERDICT FORM** |
| JUAN C. TENORIO and ) | |
| CHARLENE F. TENORIO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## BANKRUPTCY FRAUD

We, the Jury, in the above-entitled case unanimously find the defendant, CHARLENE F. TENORIO: Violation of Title 18, United States Code, Section 152(1):

    / /    NOT GUILTY

    / /    GUILTY

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____
FOREPERSON