IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

| | |
|---|---|
| CASE NO.: CR-07-00078 | DATE: October 12, 2007 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley / Sara Weber  Court Recorder: Leilani Toves Hernandez
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 1:40:59 - 2:19:45
CSO: B. Pereda

**APPEARANCES:**

Defendant: Juan C. Tenorio and  Attorney: Howard Trapp
             Charlene F. Tenorio
DEFENDANT NOT PRESENT              Present   Retained   FPD   CJA
  Present   Custody   Bond   P.R.

U.S. Attorney: Jeffrey Strand  U.S. Agent:
U.S. Probation: None Present  U.S. Marshal: None Present
Interpreter:  Language:

**PROCEEDINGS: Pretrial Conference**
- Court and parties discussed the issue regarding dual representation and the issuance of a jury questionnaire.
- Parties were instructed to submit briefing regarding dual representation by 12:00 noon on 10/17/2007.
- The proposed joint questionnaire due by 2:00 p.m. on 10/18/2007.
- In addition, the Court vacated the trial date of 10/17/2007 to thoroughly brief and address the issue and stated that the ends of justice is served and outweighs the best interest of the public and the defendants in a speedy trial.
- Hearing Regarding Dual Representation and Jury Questionnaire set for: October 19, 2007 at 8:30 a.m.

NOTES: