# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334
Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

OCT 1 8 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNITED STATES'** |
| | ) | **[PROPOSED]** |
| | ) | **JURY QUESTIONNAIRE** |
| JUAN C. TENORIO and | ) | |
| CHARLENE F. TENORIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Order of this Court, the United States hereby submits the attached Jury

Questionnaire. Counsel for the defendant has reviewed the questionnaire, and has no

objections.

RESPECTFULLY SUBMITTED this _18th_ day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# JURY QUESTIONNAIRE

1.  Name: _____

2.  Age: _____      Sex: _____

3.  Place of Birth: _____

4.  Marital status:
    - _____ Single and never married
    - _____ Currently married and have been for _____ years
    - _____ Single, but married in the past for _____ years
    - _____ Single, but living with non-marital mate for _____ years
    - _____ Widowed, but married in the past for _____ years
    - _____ Other: _____

5.  a.  What neighborhood or community do you live in?

    _____

    b.  How long have you lived on Guam? _____

6.  What is your current job status?

    - _____ Working full-time
    - _____ Working part-time
    - _____ Retired. When? _____
    - _____ Unemployed
    - _____ Homemaker
    - _____ Full-time student

7.  a.  What is you present occupation? (IF RETIRED OR UNEMPLOYED, please answer questions 7a-f based on last full-time occupation.)

    _____

    _____

    b.  Your employer: _____

    c.  Title or position: _____

    d.  How long employed there? _____

-1-

e.  What do (did) you do at work? _____

_____

f.  Do you supervise other people?  Yes _____  No _____  If so, how many? _____

8.  Please list your previous jobs and indicate how many years you worked in each:

**JOB**                    **EMPLOYER**                    **NUMBER OF YEARS**

_____

_____

_____

_____

_____

9.  What is the last level of education you completed?

_____ Grade school or less          _____ some college
_____ Some high school              _____ College graduate
_____ High school graduate          _____ Post graduate work
_____ Technical or business school

10.  Please name the degrees, if any, you have, the schools and colleges you attended, and your major areas of study:

_____

_____

11.  Other educational programs (vocational schools, night schools, part-time study, certification programs) you attended:

_____

_____

-2-

12. Have you, your spouse, or parent ever served in the military?    Yes_____ No_____
If Yes, please list:

|  | **YOU** | **SPOUSE OR PARENT** |
|---|---|---|
| Branch of Service: | _____ | _____ |
| Dates of Service: | _____ | _____ |
| Rank: | _____ | _____ |
| Where were you/they stationed: | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

13. Is your spouse or partner employed?  (If no longer married, state former spouse's occupation and employer).    Yes_____ No_____

   a.   If Yes, what does he/she do and where is he/she employed? _____

   _____

   b.   If No, what work outside the home has he/she ever done? _____

   _____

   c.   What other types of jobs has your spouse or partner had in the past?

   _____

14. Have you or anyone close to you ever been investigated by a government agency?

   Yes_____ No_____          If Yes, please describe the circumstances:

   _____

   _____

-3-

15.   If you have children, please state:

|     |     | **DOES CHILD** |     |     |
| --- | --- | --- | --- | --- |
| **AGE** | **SEX** | **LIVE WITH YOU?** | **EDUCATION** | **OCCUPATION** |
|     |     |     |     |     |
|     |     |     |     |     |
|     |     |     |     |     |
|     |     |     |     |     |
|     |     |     |     |     |

16.   Please list all other persons living in your household (except for any parents or children listed above):

| **RELATIONSHIP** | | | |
| --- | --- | --- | --- |
| **TO YOU** | **AGE** | **OCCUPATION** | **EMPLOYER** |
|     |     |     |     |
|     |     |     |     |

17.   What social, religious, professional or political organizations do you belong to:

18.   What are your hobbies and spare time activities, including any volunteer work?

-4-

19. What types of books, TV programs or movies do you enjoy?

_____    _____

_____    _____

20. What newspapers and magazines do you regularly read?

_____

_____

21. Do you have any bumper stickers on your car, excluding political affiliations or the names of candidates? Yes_____ No_____

    If Yes, what do they say:

    _____

22. Do you consider yourself a leader or a follower?

    _____

23. Have you ever served as a juror in the past? Yes_____ No_____    If Yes, please state:

| WHEN | WHERE | CIVIL OR CRIMINAL | NATURE OF CASE | REACH A VERDICT? |
|------|-------|-------------------|----------------|------------------|
|      |       |                   |                |                  |
|      |       |                   |                |                  |

24. Have you served as a foreperson on any case? Yes_____ No_____    If Yes, which case:

    _____

25. What qualities do you feel are most important in serving as a juror in a criminal case?

    _____

    _____

-5-

26. Have you or anyone in your family **ever sued** or **been sued** by anyone?

Yes_____ No_____ If Yes, please explain what happened: _____

_____

a. Were you satisfied with the outcome of the case? Yes_____ No_____. Please

explain: _____

_____

27. Have you or anyone close to you been the victim of any kind of crime, whether it was reported to law enforcement authorities or not?

Yes_____ No_____. If Yes:

| VICTIM'S RELATIONSHIP TO YOU | TYPE OF CRIME | REPORTED TO POLICE(Yes/No) | WAS ANYONE CAUGHT? | CASE OUTCOME |
|---|---|---|---|---|
| | | | | |
| | | | | |

a. Do you feel the justice system worked properly in regard to the situation(s) discussed above? Yes_____ No_____ Please Explain:

_____

_____

28. Has any employer of yours been investigated or charged with a crime?

Yes_____ No_____ If Yes, please describe the circumstances:

_____

_____

-6-

29. Have you, or any close friends or relatives ever been charged with a crime?

Yes_____ No_____     If Yes, please list:

| **PERSON CHARGED** | **CRIME(s) CHARGED** | **CASE OUTCOME** |
|---|---|---|
| | | |
| | | |

30. Do you know any lawyers, judges or court personnel?   Yes_____ No_____

  a.    If Yes, what are their names and describe their relationship to you?

  _____

  _____

31. Have you or any close friends or relatives had any legal training (including law courses, paralegal programs, or on-the-job training)?

Yes_____ No_____     If Yes, please explain

  _____

32. How do you feel about the way the criminal justice system is working in the United States?

  _____

  _____

33. Pursuant to the United States Constitution, the defendants are presumed innocent unless proven guilty beyond a reasonable doubt.  Do you disagree with this?

Yes _____ No _____     If you disagree, please explain.

  _____

  _____

Case 1:07-cr-00078   Document 54   Filed 10/18/2007   Page 8 of 13

34. Do you know either or both of the defendants, JUAN C. and CHARLENE F. TENORIO?

Yes_____ No_____. If Yes, explain how you know either or both of them:

_____

_____

35. Do you know anyone who works or has worked for or with either of the defendants, JUAN C. and CHARLENE F. TENORIO?

Yes_____ No_____. If Yes, please explain:

_____

_____

36. Have you or anyone in your immediate family ever done business with either or both of the defendants, JUAN C. and CHARLENE F. TENORIO?

Yes_____ No_____. If Yes, please explain:

_____

_____

37. Have you heard or read anything about the criminal charges brought against the defendants, JUAN C. and CHARLENE F. TENORIO?

Yes_____ No_____

If Yes, what have you read or heard about this case from any source?

_____

_____

38. Have you formed an opinion as to the guilt or innocence of either or both of the defendants, JUAN C. and CHARLENE F. TENORIO?

Yes _____ No _____

-8-

39. Have you or anyone in your immediate family ever considered filing for or did file for bankruptcy protection?

Yes_____ No_____ . If Yes, please explain:

_____

a. Were you satisfied with the outcome of the case?

Yes_____ No_____ . If Yes, please explain:

_____

40. Is there anything about the nature of this case that would make it difficult for you to be a fair and impartial juror in this trial?

Yes_____ No_____ If Yes, please explain: _____

_____

41. Do you have any specific health problems of a serious nature that might make it difficult for you to sit as a juror on this case which may last one week?

If so, please describe: _____

_____

42. If you have children living at home, will caring for them interfere with your ability to serve on this jury?

If so, please describe: _____

_____

43. Is there any matter not covered by this questionnaire that should be brought to the attention of the court because it would affect your ability to be a fair and impartial juror?

Yes_____ No_____ . If Yes, please explain:

_____

Case 1:07-cr-00078    Document 54    Filed 10/18/2007    Page 10 of 13

44.    Is there any matter you would prefer to discuss privately with the court?

Yes_____ No_____    If Yes, please explain: _____

_____

45. These attorneys will be appearing for the parties in this case:

HOWARD TRAPP
Attorney for Defendants

JEFFREY J. STRAND
First Assistant U.S. Attorney

Do you know either of them?  If so, please explain what your relationship is:

_____

_____

46. During the trial, the following people may be called to testify or may be referred to.  Please look over the list and note any person you are related to, do business with, or socialize with, or have done business with or have socialized with in the past.  At the end of the list, please indicate your relationship to any of the potential witnesses or how you have heard of them.


GEORGE M. BUTLER
Law Offices of Butler & Telford-Butler
Hagatna, GU

VINCENT CALVO
Calvo Enterprises
Songsong, Rota, CNMI

RICHARD CARROL
Knights of Columbus
New Haven, CT

RAYMOND CHAN
Tinian Dynasty Hotel & Casino
Tinian, CNMI

-10-

CURTIS CHING
Office of the U.S. Trustee
Honolulu, HI

TAI LEE
Special Agent, Internal Revenue Service
Hagatna, GU

ROBERT STEFFY
Certified Public Accountant
Hagatna, GU

MERCED M. TOMOKANE
Bank of Guam Representative
Saipan, CNMI

BUENALYN VELESRUBIO
LBC
Dededo, GU

ALFRED YUE
Tinian Dynasty Hotel & Casino
Tinian, CNMI

_____

_____

_____

_____

_____

_____

_____

_____

-11-

I, _____ declare under penalty of perjury that the foregoing
      (Print Name)

answers set forth on pages 1 through 12 of this Jury Questionnaire are true and correct to the best

of my knowledge and belief.


_____
                    (Signature)


**Upon completion of this questionnaire, each Juror must personally deliver the completed
questionnaire to the District Court of Guam, attn: Jury Administrator, Clerk's Office.**

**<u>Deadline for submission is</u>** _____

-12-