# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

| | |
|---|---|
| United States of America<br><br>V.<br><br>Juan C. Tenorio and Charlene F. Tenorio | **NOTICE**<br><br>CASE NUMBER: CR-07-00078 |

TYPE OF CASE:

☐ **CIVIL**    X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

Pretrial Conference Regarding Dual Representation and Jury Questionnaire

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>**Friday, October 19, 2007 at 8:30 a.m.** | RESCHEDULED TO DATE AND TIME<br><br>**Monday, October 22, 2007 at 9:45 a.m.** |
|---|---|---|

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| **October 18, 2007**<br>DATE | /s/ Leilani R. Toves Hernandez<br>(BY) DEPUTY CLERK |

TO:   U.S. Attorney's Office
      Howard Trapp, Esq.
      U.S. Probation Office
      U.S. Marshals Service