LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 07-00078 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| | ) **re: Government's Request** |
| | ) **for use of Court's Equipment** |
| JUAN C. TENORIO and | ) |
| CHARLENE F. TENORIO, | ) |
| Defendants. | ) |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is approved.

**SO ORDERED** this 19th day of October, 2007.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**