| | | | |
|---|---|---|---|
| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| 1. NAME<br>Marivic P. David, AUSA | 2. PHONE NUMBER<br>479-4120 | 3. DATE<br>11/02/2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>108 Hernan Cortez Ave. Ste. 500 | 5. CITY<br>Hagatna | 6. STATE<br>GU | 7. ZIP CODE<br>96910 |
| 8. CASE NUMBER<br>Cr. No. 07-00078 | 9. JUDICIAL OFFICIAL<br>FTG | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/12/2007 | 11. TO 10/12/2007 |
| 12. CASE NAME<br>U.S. v. Juan C. Tenorio, et. al | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE GU |

**15. ORDER FOR**

- [ ] APPEAL
- [X] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy)<br>Pretrial Conference | 10/12/2007 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | | ☐ | NO. OF COPIES | | |
| EXPEDITED | X | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**FILED**
**DISTRICT COURT OF GUAM**
**NOV - 2 2007**
**JEANNE G. QUINATA**
**Clerk of Court**

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE | ESTIMATE TOTAL | |
|---|---|---|
| [signature] | | |
| 19. DATE<br>11/02/2007 | PROCESSED BY | |
| | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | 11/02/07 | wm | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

Case 1:07-cr-00078   Document 63   Filed 11/02/2007   Page 1 of 1

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY