# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER REGARDING** |
| vs. | ) | **JURY QUESTIONNAIRE** |
| | ) | |
| JUAN C. TENORIO and, | ) | |
| CHARLENE F.TENORIO | ) | |
| Defendant. | ) | |
| _____ | ) | |

In light of the fact that the court will be in trial on Wednesday November 14, 2007, and Thursday, November 15, 2007, in Criminal Case No. 07-00074, and the fact that the court has not yet received a list from the parties regarding the suitability of potential jurors in the upcoming trial, the court hereby vacates the Pretrial Conference currently set for Wednesday November 14, 2007, at 1:30 p.m. It is rescheduled for Monday, November 20, 2007 at 1:30 p.m.

Before the Pretrial Conference the parties should confer and thereafter submit to the court a joint pre-agreed upon list of potential jurors. The parties should agree as to those jurors who should be included in the jury pool, excluded from the jury pool, and a combined list of jurors of whom counsel question their suitability. This list shall be filed with the court no later than Friday, November 16, 2007, at 12:00 p.m.

At the Pretrial Conference, the court will discuss with the parties any disagreements the

parties may have encountered regarding the acceptability of potential jurors, when compiling the combined list.

**SO ORDERED**, this 13th day of November 2007.



/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Nov 13, 2007**