**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-07-00078          DATE: November 20, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 1:55:02 - 2:19:49
                                                                          2:25:56 - 2:32:44

CSO: D. Quinata

**APPEARANCES:**

Defendant: Juan C. Tenorio and Charlene F. Tenorio      Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Jeffrey Strand      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: None Present
Interpreter:      Language:

**PROCEEDINGS: Pretrial Conference**
- Jury Trial set for: <u>December 4, 2007 at 9:30 A.M.</u>
- Defendants to remain released.

NOTES: The parties agreed to 49 potential jurors including the jurors that were in question for suitability.

The Court Parties request to use third floor courtroom for trial was granted.