Tenorio_Jury_Inst.wpd

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV 26 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN C. TENORIO and <br> CHARLENE F. TENORIO, <br><br> Defendants. | CRIMINAL CASE NO. 07-00078 <br><br> **UNITED STATES' [PROPOSED] AMENDED JURY INSTRUCTION NO. 26** |

COMES NOW the United States, and files with the Court its Amended Jury Instruction No. 26, appended hereto, which the Government hereby requests the Court utilize to instruct the jury.

RESPECTFULLY SUBMITTED this 26th day of November, 2007.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

                JEFFREY J. STRAND
                First Assistant U.S. Attorney

By: _____
      MARIVIC P. DAVID
      Assistant U.S. Attorney

AMENDED INSTRUCTION NO. 26

BANKRUPTCY FRAUD - ELEMENTS

In order to sustain its burden of proof for the crime of concealing assets in bankruptcy as charged in count One of the indictment, the government must prove the following three essential elements beyond a reasonable doubt:

One: On or about the date alleged in the indictment, the proceeding in bankruptcy was in existence;

Two: Defendants JUAN C. TENORIO and CHARLENE F. TENORIO knowingly and fraudulently concealed the property described in the indictment from the trustee charged with the control and custody of property, from the United States Trustee, and from their creditors in bankruptcy; and

Three: The property belonged to the estate of the debtor.

AUTHORITY: 2 Devitt, Blackmar & O'Malley, Federal Jury Practice and Instructions § 24.03 (4th ed. 1990) [The Essential Elements of the Offense Charged](modified by adding the word "knowingly" to element number 2; and to simplify element number 3); United States v. Guiliano, 644 F.2d 85, 87 (2d Cir. 1981); United States v. Beery, 678 F.2d 856 (10th Cir. 1982); Fifth Circuit Pattern Jury Instructions, Criminal, 2.10 (West 1997) [Bankruptcy: Concealment of Assets (Bankruptcy Proceeding Pending)]