IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| vs. | ) | **JURY TRIAL** |
| | ) | |
| JUAN C. TENORIO and, | ) | |
| CHARLENE F. TENORIO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Due to the scheduling needs of the court, the jury trial currently scheduled for Tuesday, December 4, 2007, at 9:30 a.m., is hereby continued until Thursday, December 6, 2007 at 9:30 a.m.

**SO ORDERED**, this 3rd day of December, 2007.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**