ORIGINAL

Tenorio_Amend_Exhibits.wpd

LEONARDO M. RAPADAS
United States Attorney
JEFFREY J. STRAND
First Assistant U.S. Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 30 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN C. TENORIO and <br> CHARLENE F. TENORIO, <br><br> Defendants. | CRIMINAL CASE NO. 07-00078 <br><br> **UNITED STATES' AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court an amended and corrected list of proposed exhibits to be introduced in its case-in-chief. Please note the following changes:

Exhibit 8 - Removing pages, Bates # 545-592, and substituting new pages;

Exhibit 22 - Removing existing, and substituting new Exhibit 22;

Exhibit 23 - Removing pages, Bates # 686-688, and substituting new pages;

Exhibit 25 - Removing existing, and substituting new Exhibit 25;

Exhibit 26 - Removing existing, and substituting new Exhibit 26;

Exhibit 30a - Removing existing, and substituting new Exhibit 30a;

Exhibit 32 - Removing existing, and substituting new Exhibit 32;

//

Adding Exhibit 30b - One (1) Compact Disc containing an audio excerpt of the 341(a) Meeting of 4/16/02;

Adding Exhibit 32a - Summary Chart Documents; and

Adding Exhibit 33 - Juan C. Tenorio Facsimile to Knights of Columbus Loan Department dtd 6/18/03.

RESPECTFULLY submitted this 29th day of November, 2007.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

          JEFFREY J. STRAND
          First Assistant U.S. Attorney

By: _____
     MARIVIC P. DAVID
     Assistant U.S. Attorney

# UNITED STATES' AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1 | Individual Bankruptcy Petition (Bates # 008-201) | | |
| 2 | Corporate Bankruptcy Petition (Bates # 224-384) | | |
| 3 | BOG Account Statements # XXXXX3052 (Bates # 4470-490) | | |
| 4 | BOG Deposit Agreement & Signature Card, Account # XXXXX5479 (Bates # 805-806) | | |
| 5 | BOG Account # XXXXX5479 Statements and Deposit Items (Bates # 595-636, 807-808) | | |
| 6 | BOG Account # XXXXXX5886 Statements (Bates # 637-664) | | |
| 7 | BOG Promissory Note dtd 1/12/99 (Bates # 541-544) | | |
| 8 | BOG Loan Payment Records (Bates # 521-540, 545-592, 777-804) | | |
| 9 | BOG Personal Financial Statement (Bates # 724-745) | | |
| 10 | BOG Personal Financial Statement dtd 6/30/02 (Bates # 746, 748) | | |
| 11 | BOG Personal Financial Statement dtd 9/28/01 (Bates # 749-752) | | |
| 12 | BOG Account Statement and Deposit Items (Bates # 202-205, 690, 822-823) | | |
| 13 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract dtd 3/25/96 (Bates # 385-395) | | |
| 14 | Hong Kong Entertainment (Overseas) Investments Ltd. Contract Amendment dtd 11/19/96 (Bates # 396-398) | | |
| 15 | Hong Kong Entertainment (Overseas) Investments Ltd. Consulting Services Amendment dtd 8/7/97 (Bates # 491-492) | | |
| 16 | Juan C. Tenorio & Associates, Inc. Request for Payment dtd 4/15/99 (Bates # 493) | | |
| 17 | Tinian Dynasty Letter dtd 2/24/00, re: Payment for Balance of Contract (Bates # 498) | | |
| 18 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/4/01 (Bates # 499) | | |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 19 | Tinian Dynasty Hotel & Casino Account Reconciliation dtd 1/31/00 (Bates # 495) | | |
| 20 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 1/29/01 (Bates # 494) | | |
| 21 | Juan C. Tenorio & Associates Facsimile to Raymond Chan dtd 3/15/02 (Bates # 497) | | |
| 22 | Tinian Dynasty Hotel & Casino Schedule of Payment dtd 8/31/02 (Bates # 496) | | |
| 23 | Tinian Dynasty Hotel & Casino Negotiated Checks (Bates # 665-689, 691-705) and Wire Transfer Receipts from Dao Heng Bank Ltd. (Bates # 405, 407, 409, 411, 413, 415, 417, 419, 421, 423, 425, 427, 429, 431, 433, 435, 437, 439, 441, 443, 445) | | |
| 24 | Tinian Dynasty Hotel & Casino Account Reconciliation dtd 7/16/97 (Bates # 399) | | |
| 25 | Charlene Tenorio Facsimile to Knights of Columbus dtd 5/18/01 (Bates # 215-216) | | |
| 26 | Knights of Columbus Letters re: Policy No. XX4940, XX9817, and XX7033, dtd 5/24/01 (Bates # 217-220) | | |
| 27 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates # 001-003, 007) | | |
| 28 | Promissory Note executed by Juan Cruz Tenorio in favor of Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates # 006) | | |
| 29 | Check Payments to Vincent Calvo by Juan C. Tenorio (Bates # 814-821) | | |
| 30 | One (1) Audio Cassette [341 (a) Meeting of 4/16/02] | | |
| 30a | Transcript of 341 (a) Meeting of 4/16/02 | | |
| 30b | One (1) Compact Disc containing digital audio excerpt of the 341 (a) Meeting of 4/16/02 | | |
| 31 | One (1) Audio Cassette [341 (a) Meeting of 1/25/00] | | |
| 31a | Transcript of 341 (a) Meeting of 1/25/00 | | |
| 32 | Summary Chart re: Payments from Tinian Dynasty Hotel & Casino | | |
| 32a | Summary Chart Documents | | |

-ii-

Case 1:07-cr-00078    Document 73    Filed 12/03/2007    Page 4 of 5

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 33 | Juan C. Tenorio Facsimile to Knights of Columbus Loan Department dtd 6/18/03 | | |

-iii-

Case 1:07-cr-00078   Document 73   Filed 12/03/2007   Page 5 of 5