(ryu)



FILED
DISTRICT COURT OF GUAM

DEC - 6 2007

JEANNE G. QUINATA
Clerk of Court

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendants

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00078 |
| | ) | |
| Plaintiff, | ( | OBJECTION TO ADMISSION |
| | ) | OF EVIDENCE |
| vs. | ( | |
| | ) | (Fed. R. Evid. 401, 402) |
| JUAN C. TENORIO and | ( | |
| CHARLENE F. TENORIO, | ) | |
| | ( | |
| Defendants. | ) | |

------------

Defendants object to the admission of evidence that Juan C. Tenorio or Charlene F. Tenorio concealed from the trustee charged with the control and custody of property or from the United States Trustee or from creditors of the debtors in the bankruptcy proceeding under Title 11, United States Code, entitled *In Re Juan Cruz Tenorio and Charlene Frances Tenorio*, Bankruptcy Case No. 02-

ORIGINAL

(OBJECTION TO ADMISSION OF EVIDENCE (Fed. R. Evid. 401, 402))
Criminal Case No. 07-00078

00096 in the District Court of Guam, accounts receivable of approximately $74,817.05 from a contract by and between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering, and landscaping services provided by Juan C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel, on the ground that it is not relevant.

Dated at Hagåtña, Guam, this 6th day of December, 2007.

/s/ HOWARD TRAPP
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendants

(DOC/ObjAdmEvidence.JCTaitano)