# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL

CASE NO.: CR-07-00078                    DATE: December 06, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber                    Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 9:58:27 - 11:16:20
                                                                       11:36:17 - 12:28:30
                                                                       1:43:02 - 3:10:58
                                                                       3:35:34 - 3:59:56
                                                                       4:18:14 - 4:51:57

CSO: D. Quinata / F. Tenorio / J. Lizama / L. Ogo

---

**APPEARANCES:**

Defendant: Juan C. Tenorio              Attorney: Howard Trapp
          and Charlene F. Tenorio

   Present    Custody    Bond    P.R.        Present    Retained    FPD    CJA

U.S. Attorney: Marivic P. David         U.S. Agent: K. Klocke - F.B.I. and T. Lee - I.R.S.

U.S. Probation: None Present            U.S. Marshal: V. Roman / T. Muna / G. Perez

Interpreter:                            Language:

---

**PROCEEDINGS: Jury Trial**

- Day no. 1 of trial.
- Voir dire begun.
- Voir dire held.
- Jury empaneled and sworn.
- Mr. Trapp briefly argues the Motion to Strike Matter as Surplusage and Objection to Admission of Evidence filed this afternoon.
- Government's response due by 8:30 a.m. tomorrow.
- Oral argument on the Motion to Strike Matter as Surplusage and Objection to Admission of Evidence set for: <u>December 7, 2007 at 9:00 a.m.</u>
- Jury Trial continued to: <u>December 7, 2007 at 10:00 a.m.</u>
- Jurors were instructed to report in by 9:45 a.m.


NOTES: