# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00078　　　　　　　　　　　　DATE: December 07, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:18:21 - 10:37:06　　11:02:44 - 11:20:07 |
| CSO: D. Quinata / F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Juan C. Tenorio and Charlene F. Tenorio | Attorney: Howard Trapp |
| ☐ Present ☐ Custody ☐ Bond ☐ P.R. | ☐ Present ☐ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: K. Klocke - F.B.I. |
| U.S. Probation: None Present | U.S. Marshal: T. Muna / G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Motion to Strike Matter as Surplusage and Objection to Admission of Evidence**

- Court advised counsel that Alternate Juror No. 1 was released from service shortly after yesterday's hearing due to a recent death in her family.
- Motion to Strike Matter as Surplusage was granted.
- Objection to Admission of Evidence was sustained.
- Government orally moved for reconsideration and time to brief the issue.
- Government's brief due by: 12/10/2007 at 12:00 noon
- Defense's Opposition due by: 12/11/2007 at 12:00 noon
- Oral argument on the motion for reconsideration set for: December 12, 2007 at 8:30 a.m.
- Jury Trial continued to: December 12, 2007 at 10:00 a.m.
- Jurors were released for the day and instructed to report in by 9:45 a.m. on 12/12/2007.

NOTES: