| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | |
| *Read Instructions on Back.* | | | |

| 1. NAME<br>MARIVIC P. DAVID | 2. PHONE NUMBER<br>479-4120 | 3. DATE<br>12/7/2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>108 HERNAN CORTEZ AVE., STE. 500 | 5 CITY<br>HAGATNA | 6. STATE<br>GU | 7. ZIP CODE<br>96910 |
| 8. CASE NUMBER<br>07-00078 | 9. JUDICIAL OFFICIAL<br>FTG | DATES OF PROCEEDINGS | |
| | | 10. FROM 12/7/2007 | 11. TO 12/7/2007 |
| 12. CASE NAME<br>U.S. V. JUAN C. TENORIO, ET AL. | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY HAGATNA | 14. STATE GU |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) | 12/7/2007 |
| ☐ CLOSING ARGUMENT (Defendant) | | **MOTION HEARING** | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | | |
| 18. SIGNATURE *[signature]* | | | PROCESSED BY | | |
| 19. DATE 12/7/2007 | | | PHONE NUMBER | | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|

**FILED**
DISTRICT COURT OF GUAM
DEC -7 2007
JEANNE G. QUINATA
Clerk of Court

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

Case 1:07-cr-00078   Document 79   Filed 12/07/2007   Page 1 of 1

(Previous editions of this form may still be used)  ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY