IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

| | |
|---|---|
| CASE NO.: CR-07-00078 | DATE: December 12, 2007 |

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 8:33:18 - 9:25:10 |
| | 9:56:31 - 10:06:31 |
| CSO: D. Quinata | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Juan C. Tenorio and Charlene F. Tenorio | Attorney: Howard Trapp |
| Present   Custody   Bond   P.R. | Present   Retained   FPD   CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: |
| U.S. Probation: None Present | U.S. Marshal: G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Motion for Reconsideration**

- Court reversed the previous ruling on the Motion to Strike Matter as Surplusage.
- Motion for Reconsideration was <u>granted</u>.
- Order to be issued by: <u>Court</u>.
- Defense raised his objection to the Court's ruling and a blanket objection to the admission of any evidence being entered that had to deal with that charge.


NOTES: