# CR-07-00078

## USA -vs- JUAN C. TENORIO and CHARLENE F. TENORIO

## JURY NOTE

NOTE:

Monitor between Juror #10 & #9 is not clear.

**FILED**
DISTRICT COURT OF GUAM

DEC 12 2007

JEANNE G. QUINATA
Clerk of Court