**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**TRIAL**

CASE NO.: CR-07-00078          DATE: December 12, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez          Electronically Recorded: 10:06:31 - 10:56:42
                                                                                                                                 11:07:41 - 11:50:05
                                                                                                                                   1:16:18 - 2:28:30
                                                                                                                                   2:48:57 - 3:50:39

CSO: D. Quinata / F. Tenorio

**APPEARANCES:**

Defendant: Juan C. Tenorio and Charlene F. Tenorio      Attorney: Howard Trapp

   Present    Custody    Bond    P.R.             Present    Retained    FPD    CJA

U.S. Attorney: Marivic P. David          U.S. Agent: K. Klocke, F.B.I.
                                                                                         T. Lee, I.R.S.

U.S. Probation: None Present            U.S. Marshal: D. Punzalan / G. Perez
Interpreter:                                      Language:

**PROCEEDINGS: Jury Trial**
- Day no. 2 of trial.
- Opening statement by the <u>plaintiff</u>.
- Witnesses sworn and examined - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Exhibits marked and admitted - see attached Exhibit and Witness List, AO Form 187 (and 187a, when applicable).
- Trial continued to: <u>December 13, 2007 at 9:30 a.m.</u>
- Jurors were instructed to report in by 9:15 a.m.
- Parties were instructed to review the proposed jury instructions and notify the Court of any objections by tomorrow morning.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF  GUAM

| United States of America | | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| Juan C. Tenorio and Charlene F. Tenorio | | | | | | Case Number: CR-07-00078-001 |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Frances M. Tydingco-Gatewood | | | | | **Marvic David** | **Howard Trapp** |
| HEARING DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| December 12, 2007 | | | | | Wanda Miles | Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:06:31 commence trial; jury instructions given |
| | | | | | | **Curtis Ching called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | 2 | | 12/12/07 | 12/12/07 | 12/12/07 | Corporate Bankruptcy Petition (Bates # 224 - 384) |
| | 34 | | 12/12/07 | 12/12/07 | 12/12/07 | Articles of Incorporation & Bylaws of Juan C. Tenorio & Associates, Inc. (Bates # 903 - 930) |
| | | | | | | *10:56:42 - 11:07:41    Recess* |
| | | | | | | 11:49:15 End DX |
| | | | | | | *11:50:05 - 1:16:18    Lunch Break* |
| | | | | | | CX by Mr. Trapp |
| | | | | | | 1:29:46 End CX |
| | | | | | | Re-DX by Ms. David |
| | | 1 | 12/12/07 | 12/12/07 | 12/12/07 | Individual Bankruptcy Petition (Bates # 008 - 201) |
| | | | | | | 1:42:34 Witness excused |
| | | | | | | **Vicente Mendiola Calvo, called and sworn** |
| | | | | | | DX by Ms. David |
| | 27 | | | 12/12/07 | 12/12/07 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #001-003, 007) |
| | 28 | | | 12/12/07 | 12/12/07 | Promissory Note executed by Juan Cruz Tenorio in favor of Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #006) |
| | 29 | | | 12/12/07 | 12/12/07 | Check Payments to Vincent Calvo by Juan C. Tenorio (Bates #814 -821) |
| | | | | | | 2:05:15 End DX |
| | | | | | | CX by Mr. Trapp |
| | 27 | | | 12/12/07 | 12/12/07 | Warranty Deed executed by Vincent M. Calvo and Salomae H. Calvo dtd 9/4/96 (Bates #001-003, 007) |
| | | | | | | 2:09:20 End CX; no further examination - witness excused |
| | | | | | | **Richard B. Carrol, called and sworn** |
| | | | | | | DX by Ms. David |
| | 25 | | 12/12/07 | 12/12/07 | 12/12/07 | Charlene Tenorio Facsimile to Knights of Columbus dtd 5/18/01 (Bates #215-216) |
| | 26 | | | 12/12/07 | 12/12/07 | Knights of Columbus Letters re: Policy No. XX4940, XX9817, and XX 7033, dtd 5/24/01 (Bates # 217-220) |
| | 33 | | | 12/12/07 | 12/12/07 | Juan C. Tenorio Facsimiles to Knights of Columbus Loan Department dtd 6/18/03 & 9/2/03 |
| | | | | | | 2:26:05 End DX; no further examination - witness excused |
| | | | | | | *2:28:30 - 2:48:57    Recess* |
| | | | | | | **Merced M. Tomokane, called and sworn** |

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY **Marvic David** | DEFENDANT'S ATTORNEY **Howard Trapp** |
|---|---|---|---|---|---|---|
| HEARING DATE (S) December 12, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | DX by Ms. David |
| | 4 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Deposit Agreement & Signature Card, Account # XXXXXX5479 (Bates # 805 - 806) |
| | 5 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account # XXXXX5479 Statements and Deposit Items (Bates # 595 - 636, 807-808) |
| | 6 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account # XXXXX5886 Statements (Bates # 637-664) |
| | 7 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Promissory Note dtd 1/12/99 (Bates # 541 - 544) |
| | 8 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Loan Payment Records (Bates # 521-540, 545-592, 777-804) |
| | 9 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement (Bates # 24-745) |
| | 10 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement dtd 6/30/02 (Bates # 746, 748) |
| | 11 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Personal Financial Statement dtd 9/28/01 (Bates # 749-752) |
| | 12 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Account Statement and Deposit Items (Bates #202-205, 690, 822-823) |
| | | | | | | 3:31:41 End DX |
| | | | | | | CX by Mr. Trapp |
| | 7 | | 12/12/07 | 12/12/07 | 12/12/07 | BOG Promissory Note dtd 1/12/99 (Bates # 541 - 544) |
| | | | | | | 3:33:33 End CX; no further examination - witness excused |
| | | | | | | 3:50:39 END DAY 2 |

Page -2-