CASE NO.: CR-07-00078    DATE: December 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 1:03:55 - 2:13:45 |
| | 2:34:06 - 4:03:10 |
| CSO: D. Quinata | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Juan C. Tenorio and Charlene F. Tenorio | Attorney: Howard Trapp |
| ____ Present ____ Custody ____ Bond ____ P.R. | ____ Present ____ Retained ____ FPD ____ CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: K. Klocke, F.B.I. |
| | T. Lee, I.R.S. |
| U.S. Probation: None Present | U.S. Marshal: V. Roman / S. Lujan |
| Interpreter: | Language: |

**PROCEEDINGS: Jury Trial - Closing Arguments**

- Day no. 5 of trial.
- Closing Argument by the plaintiff and defendant.
- Jury charged by Court.
- Deliberation continued to: December 19, 2007 at 8:45 a.m.
- Jury instructed to report in at 8:30 a.m. tomorrow to commence deliberation at 8:45 a.m.

NOTES: