DISTRICT COURT OF GUAM

------------

| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00078 |
| --- | --- | --- |
| Plaintiff, | )<br>( | <u>V E R D I C T</u> |
| vs. | )<br>( | |
| JUAN C. TENORIO, | )<br>( | |
| Defendant. | )<br>( | |

------------

We, the jury in the above entitled case, unanimously find defendant

JUAN C. TENORIO

☐ NOT GUILTY

☐ GUILTY

of the offense of bankruptcy fraud, as charged in the indictment.

Dated: _____.

_____
FOREPERSON

**If you find the defendant, JUAN C. TENORIO, NOT GUILTY, STOP HERE.**
**If you find the defendant, JUAN C. TENORIO, GUILTY, continue on to the Interrogatory for JUAN C. TENORIO.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JUAN C. TENORIO and )<br>CHARLENE F. TENORIO, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL CASE NO. 07-00078<br><br><br><br><br><br><br>**INTERROGATORY**<br>**JUAN C. TENORIO** |

## BANKRUPTCY FRAUD

### INTERROGATORY:

What property have you, the jury in the above entitled case, unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, JUAN C. TENORIO?

### ANSWER:

The property which we, the Jury, in the above entitled case, have unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, JUAN C. TENORIO is the following:

☐ Accounts receivable of approximately $74,817.05 from a contract between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering, and landscaping services provided by Juan

C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel.

☐ Interest in:

| Policy No. | Insured | Owner |
|---|---|---|
| H64940 | Juan Tenorio | Juan Tenorio |
| P39817 | Juan Tenorio | Juan Tenorio |
| J57033 | Charlene Tenorio | Charlene Tenorio |

☐ Interest in:

LOT NUMBER 209-R01-3, TRACT NUMBER 22197, ROTA, MP, containing an area of approximately 2,000 square meters, under which the basic lot is shown as Lot Number 209 R 01, located in Gaganin Hulo, Rota Municipality, Commonwealth of the Northern Mariana Islands, on the Drawing/Cadastral Plat Number 209 R00, the original of which was registered with the Commonwealth Recorder's Office under File Number 89-3204, on September 25, 1989.

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____
FOREPERSON

# DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( <br> ) | Criminal Case No. 07-00078 |
| Plaintiff, | ( <br> ) | <u>V E R D I C T</u> |
| vs. | ( <br> ) | |
| CHARLENE F. TENORIO, | ( <br> ) | |
| Defendant. | ( | |

------------

We, the jury in the above entitled case, unanimously find defendant

CHARLENE F. TENORIO

☐ NOT GUILTY

☐ GUILTY

of the offense of bankruptcy fraud, as charged in the indictment.

Dated: _____.

_____
FOREPERSON

**If you find the defendant, CHARLENE F. TENORIO, NOT GUILTY, STOP HERE.**
**If you find the defendant, CHARLENE F. TENORIO, GUILTY,** continue on to the Interrogatory for **CHARLENE F. TENORIO.**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **INTERROGATORY** |
| JUAN C. TENORIO and | ) | **CHARLENE F. TENORIO** |
| CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

## BANKRUPTCY FRAUD

**INTERROGATORY:**

What property have you, the jury in the above entitled case, unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, CHARLENE F. TENORIO?

**ANSWER:**

The property which we, the Jury, in the above entitled case, have unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, CHARLENE F. TENORIO is the following:

☐ Accounts receivable of approximately $74,817.05 from a contract between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering, and landscaping

services provided by Juan C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel.

☐ Interest in:

| Policy No. | Insured | Owner |
|---|---|---|
| H64940 | Juan Tenorio | Juan Tenorio |
| P39817 | Juan Tenorio | Juan Tenorio |
| J57033 | Charlene Tenorio | Charlene Tenorio |

☐ Interest in:

> LOT NUMBER 209-R01-3, TRACT NUMBER 22197, ROTA, MP, containing an area of approximately 2,000 square meters, under which the basic lot is shown as Lot Number 209 R 01, located in Gaganin Hulo, Rota Municipality, Commonwealth of the Northern Mariana Islands, on the Drawing/Cadastral Plat Number 209 R00, the original of which was registered with the Commonwealth Recorder's Office under File Number 89-3204, on September 25, 1989.

DATED this _____ day of _____, 2007, at Hagatna, Guam.

_____

FOREPERSON

-3-