

DEC 19 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00078 |
|---|---|
| Plaintiff, | |
| vs. | **JURY NOTE** |
| JUAN C. TENORIO, and CHARLENE F. TENORIO, | |
| Defendants. | |

WE, THE JURY: have unanimously reached a verdict in both parties' case.

Foreperson Initials: ___  
Dated: 12/19/07

Time Received by Court: 3:46 p.m.  
Received By: ___

COURT'S RESPONSE: ___

Date: ___

Frances M. Tydingco-Gatewood, Chief Judge
District Court of Guam