
# DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00078 |
| Plaintiff, | **V E R D I C T** |
| vs. | |
| JUAN C. TENORIO, | |
| Defendant. | |

We, the jury in the above entitled case, unanimously find defendant

JUAN C. TENORIO

☐ NOT GUILTY

☑ GUILTY

of the offense of bankruptcy fraud, as charged in the indictment.

Dated: _December 19, 2007_

_____
FOREPERSON

    If you find the defendant, JUAN C. TENORIO, NOT GUILTY, STOP HERE.
    If you find the defendant, JUAN C. TENORIO, GUILTY, continue on to the Interrogatory for JUAN C. TENORIO.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | **INTERROGATORY JUAN C. TENORIO** |
| Defendants. | ) | |

## BANKRUPTCY FRAUD

### INTERROGATORY:

What property have you, the jury in the above entitled case, unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, JUAN C. TENORIO?

### ANSWER:

The property which we, the Jury, in the above entitled case, have unanimously found, beyond a reasonable doubt, to have been knowingly and fraudulently concealed by the defendant, JUAN C. TENORIO is the following:

☑ Accounts receivable of approximately $74,817.05 from a contract between Juan C. Tenorio & Associates, Inc. and Hong Kong Entertainment (Overseas) Investments Limited regarding architectural, engineering, and landscaping services provided by Juan

C. Tenorio & Associates, Inc. for the Tinian Dynasty Hotel and Casino, formerly known as Tinian Casino Palace Hotel.

☐ Interest in:

| Policy No. | Insured | Owner |
|---|---|---|
| H64940 | Juan Tenorio | Juan Tenorio |
| P39817 | Juan Tenorio | Juan Tenorio |
| J57033 | Charlene Tenorio | Charlene Tenorio |

☐ Interest in:

LOT NUMBER 209-R01-3, TRACT NUMBER 22197, ROTA, MP, containing an area of approximately 2,000 square meters, under which the basic lot is shown as Lot Number 209 R 01, located in Gaganin Hulo, Rota Municipality, Commonwealth of the Northern Mariana Islands, on the Drawing/Cadastral Plat Number 209 R00, the original of which was registered with the Commonwealth Recorder's Office under File Number 89-3204, on September 25, 1989.

DATED this 19th day of December, 2007, at Hagatna, Guam.

_____
FOREPERSON