(ryu)

**HOWARD TRAPP INCORPORATED**
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendants



FILED
DISTRICT COURT OF GUAM

DEC 27 2007 

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No 07-00078 |
| Plaintiff, | ( ) | MOTION FOR A JUDGMENT OF ACQUITTAL |
| vs. | ( ) | |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ( ) ( ) | |
| Defendants. | ( ) | |

------------

Defendant Juan C. Tenorio respectfully moves the Court for an order setting aside the verdict of guilty and entering a judgment of acquittal on the ground that the evidence in the case is insufficient to sustain a conviction.

Dated, Hagåtña, Guam,

December 27, 2007.

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendants

(DOCUMENTS/MtnJgmtAcqt.JCTenorio)

ORIGINAL

## DECLARATION OF SERVICE

I, Carlos R. Taitano, declare that I am an investigator employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendants herein, and that on December 27, 2007, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy thereof at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2007, at Hagåtña, Guam.

_____
CARLOS R. TAITANO