| | | |
|---|---|---|
| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Read Instructions on Back.* | FOR COURT USE ONLY<br>DUE DATE: |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| HOWARD TRAPP INCORPORATED | 477-7000 | January 10, 2007 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 200 Saylor Bldg. 139 Chalan Santo Papa | Hagatna | Guam | 96910 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| CR 07-00078 | Tydingco-Gatewood | 10. FROM | 11. TO |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| USA vs. TENORIO | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- APPEAL / NON-APPEAL
- [XX] CRIMINAL  [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY  [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [XX] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | Curtis Ching | December 13, 2007 |
| [ ] OPENING STATEMENT (Defendant) | | Robert Steffy | December 13, 2007 |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
JAN 10 2008
JEANNE G. QUINATA
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | — | NO. OF COPIES | | |
| EXPEDITED | [X] | — | NO. OF COPIES | | |
| DAILY | [ ] | — | NO. OF COPIES | | |
| HOURLY | [ ] | — | NO. OF COPIES | | |

CERTIFICATION (18 & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional)

18. SIGNATURE *(signature)*
19. DATE January 10, 2007

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 1-10-09 | *(initials)* | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used) ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY