# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

UNITED STATES OF AMERICA )  USDC Cr. Cs. No. 07-00078-001
     Plaintiff, )
  vs.      ) **REQUEST TO CONTINUE SENTENCING**
         )     **HEARING**
JUAN C. TENORIO  )
         )
     Defendant. )
_____ )

   COMES NOW, the United States Probation Officer respectfully requests the

Honorable Court for an Order to continue the Sentencing Hearing set for June 2, 2008.

The probation officer requests that the Court continue sentencing to August 8, 2008. The

continuance is necessary for this officer to review the defendant's personal records and

research the defendant's financial history. Both parties have no objections to a

continuation.

   RESPECTFULLY submitted this  13th  day of May 2008.


         ROSSANNA VILLAGOMEZ-AGUON
         Chief U.S. Probation Officer


     By:

         /s/ STEPHEN P. GUILLIOT
         U.S. Probation Officer