ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
STEPHEN P. GUILLIOT
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | |
| JUAN C. TENORIO, and<br>CHARLENE F. TENORIO | ) | **ORDER** |
| Defendant. | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing for the above named Defendants, is hereby moved from June 2, 2008 to August 12, 2008 at 9:30 a.m. The presentence reports shall be provided to the parties no later than July 3, 2008. The parties shall file their responses to the presentence reports no later than July 17, 2008. The final presentence reports, addendums, and sentence recommendations shall be submitted to the Court and parties no later than July 29, 2008.

SO ORDERED.



/s/ **Frances M. Tydingco-Gatewood**
   **Chief Judge**
   **Dated: May 14, 2008**