## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | USDC Cr. Cs. No. 07-00078 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO CONTINUE SENTENCING** |
| | ) | **HEARING** |
| JUAN C. TENORIO, and | ) | |
| CHARLENE F. TENORIO | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, the United States Probation Officer respectfully requests the Honorable Court for an Order to continue the Sentencing Hearing set for August 12, 2008. The probation officer requests that the Court continue sentencing to September 15, 2008. The continuance is necessary for this officer to review the research the defendant's financial history. Both parties have no objections to a continuation.

RESPECTFULLY submitted this   24th   day of July 2008.

                                            ROSSANNA VILLAGOMEZ-AGUON
                                            Chief U.S. Probation Officer

By: 
                                            /s/ STEPHEN P. GUILLIOT
                                            U.S. Probation Officer

Reviewed by:


/s/ CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist