ROSSANNA VILLAGOMEZ-AGUON
Chief Probation Officer
STEPHEN P. GUILLIOT
U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00078 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JUAN C. TENORIO, and | ) | **ORDER** |
| CHARLENE F. TENORIO | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon request of the U.S. Probation Office, to which the parties have no objection, the sentencing hearing is hereby moved from August 12, 2008 to September 15, 2008 at 1:30 p.m. The presentence report shall be provided to the parties no later than August 15, 2008. The parties shall file their responses to the presentence report no later than August 29, 2008. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than September 8, 2008.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jul 24, 2008**