# CERTIFICATE OF APPRECIATION

## FOR SERVICE IN THE ARMED FORCES OF THE UNITED STATES

COLONEL JUAN CRUZ TENORIO   CORPS OF ENGINEERS   USAR

*I extend to you my personal thanks and the sincere appreciation of a grateful nation for your contribution of honorable service to our country. You have helped maintain the security of the nation during a critical time in its history with a devotion to duty and a spirit of sacrifice in keeping with the proud tradition of the military service.*

*I trust that in the coming years you will maintain an active interest in the Armed Forces and the purposes for which you served.*

*My best wishes to you for happiness and success in the future.*

George Bush

**COMMANDER IN CHIEF**

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court