Nelda S. Flynn
523 Vivian Way
Tamuning, GU 96913

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio
and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

This letter will describe how my husband Mick (deceased 2003) and I have known Juan and Charlene Tenorio and a description of their character.

Mick arrived in late 1967 to bid on the Guam Housing and Urban Renewal Project in Sinajana. ESCO International Engineering Company, who he represented, was awarded the contract. Our family arrived a few months later.

Mick ran the business on Guam. His boss from ESCO in Los Angeles, California highly recommended Juan, who was returning to Guam, to work as an engineer for ESCO. Juan worked at ESCO for two years. Mick was very pleased with Juan's professional work and character. He also appreciated Juan's assistance at helping Mick to understand the Chamorro culture and customs for dealing with clients and others on Guam.

Juan and Charlene and their children became close friends of ours and our children. Their Catholic religion and values matched ours. We highly respected them. Both of them were very pleasant, happy and helpful to others. They contributed to our community but others will share that, since I don't recall all the details.

When Charlene was teaching art at AOLG I had an antique pendant which needed some unusual repair. She offered to do it, explaining that she had some equipment at home that she used for making unusual jewelry and art. The repair was good and she did not accept any payment from me.

Over the years, even most recently, Charlene volunteered to recommend improvement and interior decorating for my home. Her advice and help was excellent. She did not accept any payment.

When Southern Comfort Ranch, with horses, shut down Charlene accepted several terribly malnourished horses to care for at her own horse stable. I have seen the horses change from skin and bones to that of healthy physiques.

My daughter Frances Mercado worked with Charlene and horses when she was very young and again later in her married life. She plans to write a letter. There are other people I know who have positive feelings about Juan and Charlene and will write letters.

I am pleased to offer my positive association and feelings about the Terrios.

Yours Sincerely,
Nelda S. Flynn