LEO B. FLYNN
9531 Country Club Lane
Dade City, FL 33525

April 20, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam, 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

JEANNE G. QUINATA
Clerk of Court

Dear Judge Tydingco-Gatewood:

It is a pleasure for me to write to you today on behalf of Juan and Charlene Tenorio, two people that I have known and admired for many years.

As you may recall, I served as the director of admissions at Marquette University for almost twenty years. During that period of time, I was fortunate to meet and work very productively with Marquette alumni throughout the continental United States and in many other locations around the world. The academic reputation of the University grew and prospered during those years and, as you may know, Marquette University today enjoys its place among our nation's finest private, Catholic institutions of higher learning.

Juan and Charlene Tenorio were the pioneers in Marquette's expanded student recruitment program on the islands of Guam and Saipan. They made it possible for me to visit the island and to meet with many Marquette graduates who later became the University's public relations and sales forces. The Tenorios assisted me as I visited each of the secondary schools on both islands as well as the junior colleges. They hosted receptions. They made congratulatory phone calls. The Tenorios were, and indeed may still be, front and center in the University's quest to broaden its reputation from a good Midwestern college to an outstanding national academic institution.

This important work, done by the Tenorios and other Marquette Alumni, contributed significantly to the educational maturation process of the students from Guam and Saipan who chose to enroll at Marquette University.

As a father of five Marquette University graduates myself, I can appreciate the sacrifices that Juan and Charlene Tenorio made in order to have two of their daughters enrolled in their father's Alma Mater. They proved to be very good Marquette students and, I feel confident, made their parents proud.

Marquette University is very proud of many of its graduates and they have every right to be. Juan, Tico and Lisa Tenorio are among those who have made a significant contribution.

Sincerely,

Leo B. Flynn