William M. Hinz, M.D.
N6051 Pioneer Dr.
Fredonia, WI 53021
8 April 08

The Honorable Frances M. Tydingo-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Re: United States vs Juan C. Tenorio and Charlene F. Tenorio,
    CR 07-00078, District Court of Guam

Dear Judge Tydingo-Gatewood

My wife and I have known Juan and Charlene Tenorio since May 1979, when I was stationed on Guam as a Navy flight surgeon. We left Guam in 1981, but have continued to stay in contact with them by mail and when they visited us.

Our association with them developed through the Guam 4-H Horse Club of which they were leaders and sponsors. Our children and the Tenorio children were members. As a result we were introduced to the Guam community and gained a very positive and valuable appreciation it's people, history and culture.

Juan and Charlene were outstanding 4-H leaders. I am a past 4-H member and can compare their involvement with that of others. They provided strong leadership, constructed the horse barn and facilities, promoted horse shows, and taught the members care, grooming and riding skills.

We very strongly recommend leniency in sentencing Juan and Charlene Tenorio.

Respectfully yours

William M. Hinz, M.D.

Eleanor M. Hinz, R.N.