**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Dear Honorable Frances M. Tydingco-Gatewood,

*Buenas yan Hafa Adai!* Please allow me this opportunity to humbly prevail upon you to offer your leniency the sentencing of Mr. Juan C. Tenorio, defendant. Mr. Juan C. Tenorio has been instrumental in the success of many youth programs in the district of Mangilao. He offers his services to the community to resolve disputes in wetlands, environmental and waste management projects in Mangilao. Mr. Tenorio and his firm always helped many Babe Ruth League and Little League Baseball Teams especially those teams in financial need from Mangilao.

Personally, I have known Mr. Juan C. Tenorio to be a good, committed, and dedicated to serving the community's interest. I ask your honor to offer your leniency in the interest of my good friend, Mr. Juan C. Tenorio.

Respectfully,

Nonito C. Blas