

# The Archdiocese of Agaña

CHANCERY OFFICE
196 B Cuesta San Ramon • Agaña, Guam 96910 • Tel: (671) 472-6116 • Fax: (671) 477-3519, 472-6044

May 6, 2008

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Honorable Judge Frances Tydingco-Gatewood
U. S. District Court of Guam
Hagatna, Guam 96911

Your Honor:

As metropolitan Archbishop of Agana, I am very privileged and honored to be an acquaintance of **Juan C. Tenorio**. I have known him to be a kind and charitable person, always willing to give of his time and expertise.

As a Catholic, he helped the Catholic Church, pro bono, in various projects, namely:

- Assisted Kamalen Karidat on several architectural and engineering designs
- Involved in the design and construction management of earthquake repairs for St. Francis Church, the new St. Francis Rectory, St. Francis School, all in Yona, and San Vicente School in Barrigada.
- He was a member of the first Design Committee for the construction of the Santa Barbara Church, Dededo.
- Design of San Vicente Church, San Vicente, Saipan
- Design of the Chancery Office, Diocese of Chalan Kanoa, Saipan.
- He was a first member of the Construction Committee for the construction of the San Vicente/San Roke Pastoral Center in Barrigada.

Also, Juan is and has been actively involved in a lot of civic and community organizations. Just to name a few:
- Founding Chairman, Board of Trustees, Guam Community College
- Member, Territorial Board of Education
- Member and Vice Chairman, Pacific Region Post Secondary Education Council
- Member, Governor's Apprenticeship Development Committee

Juan's involvement to help the community is too numerous to mention.

Juan's businesses in Guam and Saipan (JC Tenorio Engineers and Associates, Inc.) currently employ 30 staff members-engineers, CADD operators, Construction Inspectors and administrative personnel. If Juan is incarcerated his business will be closed and a lot of families are going to suffer. His health is now also failing, relying on a least a dozen prescriptive drugs, daily.

Your Honor, I am humbly asking you to give him leniency of the court. Juan made a mistake and is willing to rectify that mistake. As far as I know, he is not a deceitful person. I only ask for your compassionate treatment of him.

Si Yu'os Ma'ase for your kind consideration and may Our Lord, Jesus Christ and the Holy Spirit, continue to enlighten your decisions for the greater honor and glory of God.

Sincerely yours in Christ,

*[signature]*
Most Rev. Anthony Sablan Apuron, O.F.M. Cap., D.D.,
Metropolitan Archbishop of Agana