May 12, 2008

RE: United States vs Juan C. Tenorio and Charlene F. Tenorio, CR07-00078, District Court of Guam

The Honorable Frances M. Tydingco-Gatewood Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Dear Frances M. Tydingco-Gatewood Chief Judge,

I have known Juan and Charlene Tenorio since September, 1986 when I arrived on Guam as the wife of a young Naval Officer. Charlene had heard of my arrival through a mutual friend involved in the horse community. The Tenorios' had been generous and kind to me throughout my short tour on Guam, allowing me to ride at their place in Yigo. Charlene is a person of the highest moral and ethical standards which makes me question the allegations against her.

Although I did not see Juan as often as I saw Charlene, he was always supportive of our community efforts. Charlene and Juan helped support and foster a 4-H club, vaulting group, and all attempts to have Guam represented in all sports off island. These efforts included the push for Guam to be included in international sporting events like the Olympics. Charlene helped two local riders attend the Federation International event in Australia representing Guam. They were both involved in their church and other civic activities during my stay in Guam.

Please consider my plea for leniency in this case.

Yours Sincerely,

Carole Crist

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court