JOSE C. OKADA
Colonel (R), US Army
245A Westbrook Street
Barrigada, GU 96913

May 1, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, US Courthouse
520 West Soledad Avenue
Hagatña, Guam 96910

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I have known Colonel Juan Tenorio for over 30 years. Our professional and personal association started in the mid-seventies as members of the US Army Reserve. Juan was instrumental in the organization and development of the first Army Reserve troop program unit in the Marianas.

Juan served with distinction as company commander, staff officer and battalion commander, thus earning him the Meritorious Service Medal and the Army Commendation Medal. He possessed the Army leadership core value of competence, commitment, courage and candor. He was very influential in mentoring and coaching the officers and NCO's under his command. I was a product of the guidance and counseling he readily offered in the exercise of his leadership responsibilities.

Juan's loyalty to the United States is unquestionable as shown by his many years of dedicated service. His Army career was marked with such citations as: 'unselfish devotion to duty', 'in keeping with the highest tradition', 'reflects great credit upon himself', etc.

Juan has also been involved in a number of government and nonprofit organizations and has received numerous awards and citations in recognition of his support and contributions.

Yours sincerely,

JOSE C. OKADA
Colonel (R)
US Army