

**CATHOLIC SOCIAL SERVICE**
#234-A U.S. Army Juan C. Fejeran Street
Barrigada, Guam 96913
Telephone:(671) 635-1409 / 1442 • Fax: (671) 635-1444
Email: css@guam.net
Website: http://www.catholicsocialservices.net

Archbishop Anthony S. Apuron
OFM CAP D.D.
President/Chairman
Board of Trustees/Directors

Cerila M. Rapadas
Executive Director

Sr. M. Calista Camacho, RSM
Deputy Director

May 12, 2008

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,

CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

    Judge, I have known these two individuals during my teaching career at Cathedral and Santa Barbara Catholic Schools. Now, their grandchildren are going to Bishop Baumgartner Catholic School.

- How long we've known each other, and based on what relationship.

I have known Juan and Charlene Tenorio in the early 70's - I had their daughter, Lisa in the grade school. Both parents were very responsible and dedicated to their children and now to their grandchildren. They have never failed to pay their tuition and whatever dues that needed to be paid. They both have good moral values, right principals and good character.

- Your description of our characters as you have perceived, hopefully something good.

Yes, I believe they have good character and are good decision makers. Unfortunately their decision at this time was unintentional.




Member Catholic Charities USA

Member Catholic Charities USA

*Dedicated To The Dignity Of The Human Person*

Any other worthwhile characteristics we possess: our community contributions and involvements.

Juan and Charlene Tenorio are both very generous to the community not just to the non-profit, private Catholic Schools and Churches. But also to the government and other businesses here and beyond. Their 3 girls grew up with all kinds of activities and both parents are very responsible and generous to share whatever they have to support their children's involvement. One of their daughter is teaching at the University of Guam.

Thanks so much for your compassion and mercy.


Sincerely yours,

*Sister Brigid Perez, R.SM.*
Sister Brigid Perez, RSM-
Program Director –Alee Shelter