May 8, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs Juan C Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydinco-Gatewood:

I write to you because of my long time friendship with Charlene and Juan Tenorio.

I first met Charlene back in the late 1970s. Her Horse Ranch in Yigo was at that time the Guam 4H Horse Club. Charlene and Juan had two active teenagers and a younger daughter all involved with horses. Horses are very difficult to come by on Guam and Charlene generously shared with others. Through the years I spent a lot of time with Charlene at the Horse Ranch and in her home. Charlene has probably introduced thousands of children and adults to the world of horses on Guam, and still is. This exposure is through private lessons, school programs, handicapped riding, and military requests.

Charlene also taught Art for many years at Academy of Our Lady in Hagatna. I remember her students being picked year after year for art displays in Washington DC.

Juan was always in the background of all our horse and art activities that Charlene and I shared with each other. However, when there were crises at the Ranch, Juan was very supportive and acted immediately when he could take an active role helping out.

I have known various professional people through the years who have worked for for Juan Tenorio. I have never heard a bad word about him. He takes care of his employees and treats them with respect.

I also remember Juan being active for many years in the Army Reserves and retiring with the rank of Colonel..

These are good people. I stand behind them 100%. The test of time has proven to me that I am lucky to have known them all these years. They are people who have represented Guam in a totally postive way. No one will ever make me believe otherwise.

I thank you for taking the time to read this letter.

Respectfully.

*Marilee Krinitt*

Marilee Krinit