CRISOSTOMO
DIAGNOSTIC/THERAPEUTIC
SPEECH /LANGUAGE / SWALLOW SERVICES
401 RTE 4
HAGATNA, GUAM 96910
671-477-7773
5-14-08

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th floor, US Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F Tenorio
CR 07-0078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I have known Charlene Tenorio and through her, Juan Tenorio since 1977. Since I have known Charlene, she has shown to be a compassionate person. We first met because of our great interest in horses, Charlene owning a horse ranch and I just liking horses. Later in years, I learned how to shoe horses and developed this service into a licensed side business. I was engaged to shoe Charlene's horses in Yigo. I was always paid on time for this service.

Juan Tenorio also helped me many years ago in advising me about safe types of housing. He set aside his busy schedule at his office and answered many questions with sound advice. He did this free of charge.

I am hoping this letter aids in seeing Mr and Mrs Tenorio as I do.

Sincerely
Sibyl Crisostomo, MS, CCC-sp/lic