

# San Isidro-Sainan Ina
Catholic Mission
P.O. Box 590 • Rota, MP 96951 • Tel. No.: 532-0720

May 6, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
  CR 07-0078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I am Monsignor Louis Antonelli, Pastor of San Isidro-Saina Ina Parish, Sinapalo, Rota. I have known Juan C. Tenorio since his high school years at Fr. Duenas in the 1950's. I was a teacher of mathematics during that time. Juan was an ambitious student always eager to learn and he excelled in his class work under my tutelage.

In later years, after he graduated from college, he was an excellent adviser in regards to our building the Church of San Isidro on Rota. Juan was very generous offering his services at half the cost. Needless to say, his generosity helped us tremendously. Even now, if I needed his assistance, he would make himself available immediately. My parishioners and I are eternally grateful for what he has done for the people of Rota. Words are never enough to express completely our gratitude.

May the blessings and help of almighty God be with you in making your judgment regarding Juan and Charlene Tenorio.

Yours in Christ,

Msgr. Louis Antonelli