Frances F Mercado
1451 Venters Drive
Chula Vista, CA  96910

April 21, 2008

The Honorable Frances M Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam  96910

FILED
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

RE:  United States vs. Juan C. Tenorio and Charlene F. Tenorio
     CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I've known Juan and Charlene for more than 35 years. My father, Michael D Flynn, worked with Juan when I was a child, and our families have been friends since I was very young. As an adult, due to my involvement with horses, I've had the opportunity to spend quite a bit of time with Charlene at her horse ranch, and that is where I've gotten to know her very well.

I know Juan and Charlene as dependable, considerate people and very hard workers. For many years while busy raising three girls and running a business, they have operated a horse ranch. They have given many people on Guam the opportunity to be involved with horses, which is very difficult on Guam.

Charlene has taken her horses to numerous events on Guam in order to provide countless children with their first horseback ride. She offers group visits to her ranch, where many Guam children have seen a working ranch first-hand. Riding lessons are available for children and adults. This is all very hard work in the hot sun on Guam, but Charlene is happy to provide this - not only as a way to earn income to support the horses, but to give people on Guam access to horses.

Charlene has been involved with the Guam Community as long as I can remember. She taught school for many years. She was a member of the Guam Horseman's Association. She was involved with the Farmer's Co-op at a time when it was difficult to obtain feed for horses on Guam. Charlene was instrumental in the development and operation of the 4-H Horse Club on Guam for many, many years. In addition, she participated in many horse shows - not as a competitor, but as one who helped make the show possible by contributing time, energy, and of course, the horses.

Juan and Charlene are fine people, and I am happy to consider them friends.

Sincerely,

*Frances F. Mercado*
Frances F Mercado