



The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
**DISTRICT COURT OF GUAM**

JUL 25 2008

**JEANNE G. QUINATA**
**Clerk of Court**

RE: United States vs Juan C. Tenorio and Charlene F. Tenorio
    CR 07-00878, District Court of Guam

Dear Judge Tydingco-Gatewood;

Please consider this letter a fervent request for leniency in the
sentencing of Mr and Mrs Tenorio. I have known them for several years
through their work and community efforts at their horse ranch in Yigo. I
have been privileged to work primarily with Charlene Tenorio at the
ranch in training and  shoeing their animals and have viewed her
attitudes and character not only with her horses, but also with the many
guests, children and visitors to Guam that attend her facility. You can
learn a great deal about a person in how they treat their animals, how
they entertain visitors and how they present both themselves and Guam to
off-island guests. I have consistently found Mrs. Tenorio to be honest,
extremely hard working, gracious and exhibiting the highest level of the
hospitality that we are famous for. She has dedicated many hours in
showing school-kids, tour groups and others the love and respect
possible for horses, and how it will be returned if genuine. This is a
'labor of love' for her and hardly a for profit enterprise.

Mr and Mrs Tenorio have been long time and valued residents of Guam,
have given many hours of service to Girl Scouts, 4H and many other
community organizations, and are well recognized as leaders both in the
business and agrarian worlds.

Again; I humbly and fervently request that you consider the character
and value of this couple to Guam when imposing your sentence.

I would be available at your convenience to amplify or expound on this
request.

Sincerely yours;

Rick Appleton
Director of Fixed Operations