

## CATHOLIC SOCIAL SERVICE
#234-A U.S. Army Juan C. Fejeran Street
Barrigada, Guam 96913
Telephone:(671) 635-1409 / 1442 • Fax: (671) 635-1444
Email: css@guam.net
Website: http://www.catholicsocialservices.net

Archbishop Anthony S. Apuron
OFM CAP D.D.
President/Chairman
Board of Trustees/Directors

Cerila M. Rapadas
Executive Director

Sr. M. Callista Camacho, RSM
Deputy Director

April 9, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
    CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

Catholic Social Service has many dedicated people from the community who provide assistance or aid to help the agency perform its service to those in need. Juan and Charlene Tenorio are a couple that are always here to help when we are in need. For our fundraising events, they are ever willing to loan us props and some items for our regular use in our functions. They donated clothing and other used wearable articles that our clientele are always happy to receive. We have Elderly, disabled and homeless clients that appreciate donors such as the Tenorio's, who give from their heart.

Thank you for your kind attention and for our opportunity as Catholic Social Service to express ourselves on behalf of Juan and Charlene Tenorio.

Yours Sincerely,
Cerila M. Rapadas

Member
Catholic
Charities
USA

Member
Catholic
Charities
USA

