April 23, 2008

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatña, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

Because of his many years of exemplary service to the United States and the people of Guam, his upright and moral character, his strong family relationships, his age and health, and the devastation that a harsh sentence would cause to his family and to 20 other Guam families, I urge your leniency to my brother, Juan C. Tenorio, in the above case.

I have known and looked up to my older brother all my life, and I owe everything to my brother for what I am today. In 1962, when I was working for Pacific Stars and Stripes as a circulation manager on Guam, there was nothing I wanted most than to be able to go to the states to attend college. But I was getting worried because there was just no way I could afford to go. To make matters worse, Typhoon Karen came and destroyed the house where I was living, and I didn't have any place to stay.

Lucky for me, my brother had just graduated from Marquette University in 1962 with a degree in civil engineering. Before reporting for duty with the Army Corps of Engineers as a commissioned officer, he came back to Guam to pick me up. He still had to borrow money for both our fares because he didn't have the money either.

If he hadn't come at that time, that would have been the end of my college education. Instead, I was able to attend Marquette and, thanks to Juan, I also got an engineering degree. He helped me then, and he has continued to help me throughout my life, both with moral support for my various endeavors and materially by giving me the opportunity to work with him in his businesses.

All of us in the family are very proud of his accomplishments. Juan was born on Saipan and has lived on Guam since 1951. As one of the first from Guam to become an engineer, he served as GovGuam's Director of Public Works from 1969-1071. He has devoted much of his life to the education of the young people of Guam, serving as the Founding Chairman of the Board of Trustees of Guam Community College, Chairman of the Territorial Board of Education, and Vice Chairman of the Pacific Region Post-Secondary Education Council. He and his businesses also supported the development of Guam's youth as donors to the Guam Little League, the Guam

Bambino League, and the Guam Babe Ruth League, as well as enabling youngsters to participate in off-island competitions.

He also served the people of Guam as Chairman of the Board of Registration for Engineers, Architects, and Land Surveyors and as a member of the Governor's Apprenticeship Development Committee. He lent his professional expertise to the religious life of his community as a member of the first design committee for the construction of the Santa Barbara Church in Dededo and the construction committee for the San Vicente/San Roke Pastoral Center.

For these and other civic activities, Juan received commendation awards from the 14th, 22nd, and 23rd Guam Legislatures.

Our entire family is particularly proud of Juan's service to our country. He was the first person born on Saipan to become a United States Military Officer, retiring after 30 years of active and reserve duty with the U.S. Army with the rank of Colonel. His medals and decorations include the Meritorious Service Medal with numeral "A1" and the Army Commendation Medal, among others.

By the time he is sentenced, Juan will be 71 years old. He is in poor health and recently was so sick he almost died. He was unable to devote his full attention to his business, which gave rise to the conditions that led to the bankruptcies. A jail sentence at this point in his life would be tantamount to a death sentence, or at least life imprisonment.

Aside from the single mistake, which resulted in his conviction in this case, he has been an upright and contributing member of his community, deservedly respected by all for his high moral character. He is a loving father to three daughters and a beloved grandfather to his five grandchildren. His loss to his family would be devastating.

The Honorable Frances Tydingco-Gatewood
April 23, 2008
Page 3

Perhaps even more important to your decision, a jail sentence for my brother would destroy 20 additional Guam families--those of the employees of his architectural and engineering business. Under Guam law, an A&E firm must have at its head a registered engineer. If he is incarcerated, Juan would have to shut down his business and terminate his employees, causing economic hardship to them and their families. He also was planning on expanding his business and taking on additional employees, none of whom will be hired if the business has to close.

My brother, Juan C. Tenorio, is a first-time offender. For the sake of his family, his employees and their families, and his own health, I urge you to fashion a lenient sentence that avoids incarceration and allows him to continue to contribute to his community in the last years of his life.

Thank you.

Sincerely,

Froilan C. Tenorio