NORBERT (Bert) REYES UNPINGCO
108 N. Gado Lane, Sinajana
Post Office Box 130
Hagatna, GUAM USA 96932

March 26, 2008

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
Hagatna, GUAM U.S.A. 96910

JEANNE G. QUINATA
Clerk of Court

Ref: United States vs. Juan C. and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

I have known Juan C. Tenorio for over 38 years. He was appointed by Governor Carlos G. Camacho to serve as Special Assistant for Tourism to help me as Guam's first Managing Director, Guam Visitors Bureau, effective September 1, 1970. Later, Juan C. Tenorio became Director of Public Works.

Juan C. Tenorio was responsible for the planning and development of several prominent tourist attractions in our Island, including Two Lovers' Point, Merizo Pier, Talofofo and Pago Bay Overlooks; Agat, Ipan, Talofofo, and Tumon Bay beaches, Etc. I can identify Juan Tenorio as a Tourism Pioneer for what he has done during the early days of Guam's tourism. Tenorio's latest project is the yet to be dedicated and announced 88,000 square feet "HAFA ADAI! WELCOME TO GUAM!" mural at the Guam International Airport. On paper, Master Artist Greg Flores did the design and sketches, but it was Juan Tenorio, as a Civil Engineer, that made the mural possible to cover almost 100% of the Airport's roof top. Today, Guam International Airport is a world class airport.

Juan Tenorio is a self-motivated and proud Chamorro. He is able to anticipate, meet and respond quickly to problems. He accepts challenges, a team player and a good listener. He is able to translate thoughts into action. He is clear-thinking, articulate, and gets his points across. He is well-spoken and has many good friends, both in the public & private sectors of Guam, as well as the military. To the best of my knowledge, Juan has no problem with drugs nor alcohol; and has never been arrested. His achievements earned him numerous awards and recognitions; from the Guam Legislature & civic organizations. Juan Tenorio was the Charter Chairman, Board of Trustees, Guam Community College.

He has been in private practice as a Civil Engineer since 1971. I've met and spoken to him at numerous civic and youths programs. He is known to counsel many junior employees,

Case 1:07-cr-00078   Document 153   Filed 07/25/2008   Page 1 of 2

encouraging them to pursue their dreams; one such person is my step-son, Carlos L. Taitano. Carlos was an accountant, later a CPA and now an excellent practicing Attorney. Thus, I am indebted to and honored to continue to be Juan C. Tenorio's friend.

In passing his Sentence, please consider his excellent services to Guam and its people. For more information, please contact me at my home, 472 – 8724, or © 482 – 8725.

Sincerely,

BERT R. UNPINGCO
"Mr. Guam Tourism"