Jennise T. Shimizu
P.O. Box 2664
Hagåtña, Guam 96932
1 671 727.1516

April 24, 2008

**FILED**
DISTRICT COURT OF GUAM

JUL 25 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood,

This letter serves to beg your most favorable consideration in the continued proceedings against Mr. and Mrs. Tenorio referenced above. I speak from the perspective of aunt to Dinelo, Joseph Juan, and Tobias, grandsons of the Tenorios and children of Christina and Timothy Taitano. Timothy is my brother.

I cannot speak to any of the details in the case against them, but I can speak to their commitment to these children. Both my sister-in-law Christina and my brother Timothy are hardworking, struggling parents who depend on the Tenorios for childcare and other forms of support. Their long hours require unaffordable after working hours childcare of which is the Tenorios gladly provide almost on a daily basis. I don't know if you can find anywhere more loving and caring grandparents than these who have often borne the costs of meals, personal items and clothing.

Beyond the custodial support that the Tenorios provide to the boys, both have stimulated and encouraged their love for learning, appreciation for the fine arts and the outdoors. They have supported violin lessons, horseback riding lessons, and taken them on trips. They attend every school event, performance and athletic competition. They open their home to friends and family to celebrate every birthday and milestone. Simply, without the Tenorios fully present in these children's lives inasmuch as Christina and Timothy do everything they can for their children, I worry about their emotional well-being. Grandma and Papa are everything to them.

In prayer, I hope for the Court's most kind attention to the fragility of these young lives.

Sincerely,

Jennise T. Shimizu