Frank F. Blas
P.O. Box 74
Hagatna, GU 96932

March 20, 2008

FILED
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

REF: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court of Guam

Dear Honorable Judge:

This letter is written in support of a request for leniency consideration in the sentencing of Juan C. and Charlene F. Tenorio, good friends and good neighbors for many years. This letter would acknowledge that I have known Juan and Charlene for over 30 years.

Juan and I served the last appointed and first elected Governor of Guam, the Late Governor Carlos G. Camacho, as cabinet members; Juan, as the Director of the Department of Public Works, and I, as the Director of the Department of Commerce, from 1969 to 1973.

As Directors, Juan and I, in addition to our daily responsibilities, were responsible for the development and opening of two of the most used public parks on the Island, Two Lovers Point Park and the Ipan Beach Park. We did this in recognition of our peoples' need for such activities, notwithstanding the lack of a master plan for such developments back then. I continue to delight in the vision that such landmarks are important to the continued well-being of our people. These two parks are extensively used by both our people, as well as, the many tourists that visit Guam.

As a colleague, I find Juan to be very helpful, resourceful, intelligent, and loyal and always willing to share. This last characteristic is almost to a fault, I observed. Take his work as an engineer consultant who engaged in offering solutions to the Ordot land fill fiasco many years ago. He offered to share his findings to anyone who would listen, but apparently, as evident today, not many accepted his offer to help. Too bad!

In those infancy days of an elected administration, under Governor Camacho and Lieutenant Governor Kurt Moylan, there were many challenges to the personnel appointed/assigned to make the administration work for the people of Guam. One such task was to help the Governor recruit the most educated, most qualified staff for the administration. Juan and I were tasked with the responsibility of identifying and interviewing possible candidates, many of them living off-island who were part of the "brain-drain" syndrome during that period of Guam's history. The likes of Registered Licensed Engineer, Peter Toves, the Late Senator Tony Unpingco, current Executive Manager of the Guam International Airport, Jess Q. Torres, current GVB General Manager, Gerard S.A. Perez, were some of the personalities Juan and I can identify with who took the offer and challenge to come back to Guam and serve our people.

Working with Juan as I did these many years have led me to believe that Juan is basically a good person, a good friend, a valuable individual who have contributed immensely to the affairs of Guam and her people. Given these premises, it would be safe to assume that Juan continues to want to contribute to the island of Guam and her people.

Juan and Charlene are parents of three lovely ladies and grandparents to several young children. We have discussed what it is like to be grandparents; discussion centering on how to protect the future by focusing on what investment vehicles might be available for the youngsters to participate in that will jump-start a well-orchestrated regular, periodic and continuing program aimed at securing a future for them. As grandparents, we discussed daily, weekly, monthly activities with the grandchildren; we discussed how much and how wonderful time is spent with the grandchildren. It just seems to me that Juan and Charlene deserve to be given the opportunity to fully fulfill their roles as model parents and grandparents.

Juan and Charlene are decent, trusting and caring people whose company my wife, Tina, and I are happy to be with and considered as close friends.

Thank you for your consideration. With all humility, I am

Sincerely,

Frank F. Blas