

# Dulce Nombre de Maria Cathedral-Basilica

Cathedral-Basilica Pastoral Center
207 Archbishop Felixberto C. Flores Street, Hagåtña, Guam 96910
Tel: (671) 472-6201 or 477-1842  Fax: (671) 472-1729

March 24, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna,, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
    CR 07-00078, District Court of Guam

**FILED**
DISTRICT COURT OF GUAM
JUL 25 2008
JEANNE G. QUINATA
Clerk of Court

Dear Judge Tydingco-Gatewood;

I know Juan Tenorio in three capacities as a reserve military officer, as a professional engineer, and as a patient at the U.S. Naval Hospital.

In the early seventies I joined the Naval Reserve as a Chaplain and became a member of the Volunteer Training Unit (VTU). Some Army Reserve officers drilled with us including Juan Tenorio. As a new chaplain I was impressed with his presence, uprightness and demeanor. I explained I was a Jesuit from the New York Province and a Professor at the University of Guam. He said he was an Alumnus of Marquette where he studied Engineering.

I saw him off and on over the following years. Then a project was offered to the Micronesian Area Research Center (MARC), where I was an Associate Professor, by the Engineering Firm of Juan Tenorio. The Director of MARC gave me the historical portion of the project. He had very high standards which met those of the firm. The report was accepted and from that time onward I saw for myself the professionalism, experience, and integrity of Juan Tenorio, the Engineer. There was d definite influence upon him and his work from an important relative, the founder of JOETEN Enterprises in Saipan.

Still later as the contract chaplain from the Archdiocese of Agana to Naval Hospital I met Juan Tenorio as a patient. As I recall he was suffering from a flesh-eating disease which threatened to require a leg amputation. I offered the usual prayers for the sick and promised to remember him constantly in prayer. I then decided to take an extraordinary step since he was a friend and an alumnus of a Jesuit School. For the first time, I went to the Artero Pre-school and Kindergarten in Agana Heights run by the Mercedarians, and the Sisters of Mercy Pre-Schools in Tamuning





# Dulce Nombre de Maria Cathedral-Basilica

Cathedral-Basilica Pastoral Center
207 Archbishop Felixberto C. Flores Street, Hagåtña, Guam 96910
Tel: (671) 472-6201 or 477-1842  Fax: (671) 472-1729

and Tai and asked the little children to pray for him. They were very powerful in their intercession before God. The surgeon was able to remove some diseased flesh but did not need to amputate. I thanked God for his graciousness. In all I found the patient a person of deep faith and hope. His wife stayed at his side constantly offering him the support of her love, presence, and prayers. . She continued to breathe a spirit of hope into him and encouraged him during the time of recuperation. Both deepened their relationship with God during these moments. He was a good living and upright man, whom God helped in his time of need through the prayers of the "little ones".

On another occasion I met Mrs. Tenorio and she told me of her interest in horses, their care, and development, how her daughter had followed her into the field. There was a deep sense of pride and satisfaction as she spoke of horses and their training. This love of horses pervades her whole being. She glowed when she spoke of them. I sensed a deep appreciation of the God of Creation and the special care needed for his horses. The fundamental goodness in her life is expressed in way she looks after even the slightest need of one of her horses. It reflects the goodness of God in her life.

Juan Tenorio is a fine aand outstanding Army Officer who retired with the rank of colonel. He is man of integrity and high professional standards as an Engineer. His faith was tested and found more than sufficient during his leg surgery, his hope was fulfilled with a return to health and his wife was dedicated to him in his treatment and recovery. The goodness she possesses was lavishly given to her husband in his time need and continued to be shared with the horses under her care and direction. To my mind such goodness is God-given and is reflected in the lives of good people in thought and deed.

I humbly request your kind consideration for some clemency during the sentencing phase for Juan and Charlene Tenorio. This is the first offense for both of them. This mistake was not deliberate and is an exceptional interruption into a life of uprightness and integrity over their many years of residence on this island.

Sincerely,

Fr. Thomas B. McGrath, S.J.
CAPT., CHC, USNR (Ret.)
Emeritus Professor University of Guam