

# Compadres Family Ventures

RUMC, Inc. dba Compadres Mall
TONKO REYES, INC. dba Cost-U-Less Center
PARADISE ESTATES, A REAL ESTATE SUBDIVISION
JOSE & ROSARIO UNTALAN FAMILY TRUST





562 Harmon Loop Road, Suite #200, Dededo, Guam 96929
Telephone: (671) 635-3094/95 ■ Fax: (671)632-3678 ■ E-mail: rumc@ite.net

July 18, 2008

**FILED**
DISTRICT COURT OF GUAM

JUL 29 2008

JEANNE G. QUINATA
Clerk of Court

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
United States District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio
CR 07-00078, District Court Of Guam

Dear Judge Tydingco-Gatewood:

May this letter find you and your family in good health and spirit.

Please allow me to bend your ears as I implore you not to incarcerate Mr. & Mrs. Juan and Charlene Tenorio, not because they have been unjustly accused, as a jury of their peers have found them guilty, but because incarceration will not further promote justice and fairness, than what the trial and the burden of being tried and convicted have already done. The humiliation, shame, one experiences from being indicted, and in this case, found guilty, is heavy punishment enough, especially from one who has learned from such trials and tribulations, as I believe the Tenorios have.

I have known the Tenorios for almost 20 years, particularly Mr. Tenorio, first as an acquaintance, then as an engineer, and now as a friend. His professional accomplishments and his generosity to help the church and others speak for themselves. They are indicative of a man I grew to know and admire.

One of the most striking traits I found in Juan is his straight-talk. Juan just doesn't roll-over and do what his client wants regardless of whether it's right or wrong and regardless of the consequences. As he so fondly uses with me "I know you are the boss, but"... It is these "buts" that we found beneficial, and in many ways, kept our projects out of trouble and running smoothly. Juan will also be the first to admit if he was wrong. His pride does not get in the way. Finally, Juan is generous in kind and in words. Even prior to his legal troubles, he has called on me on many occasions to help him in doing work or raising funds for charitable projects. He is quite generous in hiring people simply because they are unemployed, to the point where he places his company at adverse risk. Perhaps, because of his generosity, he and his wife have been bless with the ability and resources to keep paying his employees.

I believe that Juan and his lovely wife, Charlene fully realizes they made a mistake, are repentant, and are now suffering the consequences of their actions: humiliation, embarrassment, and shame. They are not young which makes the consequence of being convicted harder to carry, but carry they do, with graciousness and humility, as I have observed since the time of the indictment.

God bless you.

Richard J. Untalan