RECEIVED
U.S. Probation Office

AUG 1 8 2008

Districts of Guam
and NMI

May 14, 2008

The Honorable Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910



FILED
DISTRICT COURT OF GUAM

AUG 1 8 2008

JEANNE G. QUINATA
Clerk of Court

Re: United States vs. Juan C. Tenorio and Charlene F. Tenorio,
CR 07-00078, District Court of Guam

Dear Judge Tydingco-Gatewood:

My name is Benigno M. Palomo, retired Director of the Department of Public Works (DPW), Government of Guam. I was a Guam senator for the 13th, 14th and 15th Guam Legislature. I was also a former director of the Guam Housing and Urban Renewal Authority and a former manager of the Port Authority of Guam. I also wrote a column about the Chamorro culture and traditions for 12 years with the Pacific Daily News. Because of his love for Guam and the rest of Micronesia, I was hired by Juan C. Tenorio's engineering firm, the first engineering consulting firm to be owned and managed by a native Chamorro, to add local culture and perspectives in his design projects.

I understand that Juan and Charlene Tenorio have been found guilty of bankruptcy fraud and will appear before you for sentencing. This letter is an appeal for leniency in their sentencing.

I have known Juan Tenorio casually for about 20 years, personally for about 10 years, as an employee for about two years. In all this time that I have known him, he exhibited a character of honesty and integrity, in keeping with the honored tradition of a military officer, which he was. Since I have known him I never sensed an instance where he lied or cheated anyone. It was with complete disbelief when I read in the daily paper that he was indicted for bankruptcy fraud. This was not the Juan Tenorio I knew for 20 years.

From a humble beginning, Mr. Tenorio, Juan, as he prefers to be known, rose to great heights in the military and in the design and construction business. His heart is all Guam and Micronesia. In his decision making process in design and construction he always involve the intricate balance among the local culture, its continuous historical progress without altering its delicate ecosystem, and especially in the local pride of truth and honesty.

Not only did Juan held high positions in government and the military but his firm designed many innovative infrastructures in sewer, water, roads and subdivisions. For example, he was instrumental in widening parts of marine drive from a three-lane highway to four; he opened the road to the

popular Two Lovers Point and, to ease the delay and traffic congestion in Agana, he designed in the construction of the Agana Loop which is still in use today. Juan made many others innovative design in infrastructure. Saddest of all, decades ago, Juan saw the inadequacy of the Ordot "dump" and recommended the establishment of a new landfill. To this day that recommendation has not been implemented to the detriment of the people of Guam.

Juan has been active in civic affairs having served in the Territorial Board of Education, the Guam Community College Board of Trustee. He chaired the Territorial Board of Registration for Professional Engineers, Architects and Land Surveyors, among others. He has been generous with his time and money to schools, churches and non-profit organizations. In his company he provided opportunities to learn about engineering by hiring summer trainees for he strongly support the apprenticeship programs. His honors and awards are numerous, including the "1966 Distinguished Professional Achievement Award" from his alma mater, Marquette University.

Perhaps this recitation of his honors and awards and of his engineering and construction talent, drive and accomplishment may not be apropos to the purpose of this testimony, but these achievements were acquired with the greatest humility with his unassuming personality, a reflection of his character.

It is not my place to contradict the findings of the court and its jury, but Juan's indictment of fraud goes contrary to the Juan Tenorio I knew.

However, if the indictment is true it was a aberration of his character. I, therefore, humbly ask of the court for leniency in his sentencing for Juan, as I know him, is an honorable and decent man. The indictment and eventually the finding of guilt together with the bad presses he received through the media would humble any man, I know it has humbled Juan greatly. And I believe humility is the first step to rehabilitation.

Yours sincerely,

Benigno M. Palomo
P.O. Box 1503
Hagatna, Guam