(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendants



FILED
DISTRICT COURT OF GUAM
AUG 27 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00078 |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ) | |
| Defendants. | ) | |

------------

It is stipulated that the sentencing of Defendants, heretofore set for September 15, 2008, be continued to sometime after September 21, 2008. The reason for the continuance is that—assuming that this stipulation is approved—Defendant Juan C. Tenorio will be off-island from September 7, 2008, to about September 21, 2008, in order to undergo a necessary surgical

--------------------

ORIGINAL

(STIPULATION)
Criminal Case No. 07-00078

procedure in Hawaii.

Dated at Hagåtña, Guam, this 26th day of August, 2008.

_____
MARIVIC P. DAVID
Assistant U.S. Attorney
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendants

NO OBJECTION.

Dated at Hagåtña, Guam, this 26TH day of August, 2008.

_____
STEPHEN P. GUILLIOT
U.S. Probation Officer

(DOCS/STIPS/ContSent.JCTenorio)

2