(ryu)

**HOWARD TRAPP INCORPORATED**
200 Saylor Building
139 East Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendants

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 07-00078 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| JUAN C. TENORIO and CHARLENE F. TENORIO, | ( | |
| Defendants. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the sentencing of Defendants, heretofore set for September 15, 2008, is continued to October 20, 2008, at 9:30 A.M.

Dated at Hagåtña, Guam.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: Sep 04, 2008**

(DOCS/ORDER/ContSent.JCTenorio)